**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ALL-TAG CORP., | : |
| | : |
| Plaintiff, | : |
| | : Case No. 9:17-cv-81261-WPD |
| v. | : |
| | : |
| CHECKPOINT SYSTEMS, INC., | : |
| | : |
| | : |
| Defendant. | : |

**CORPORATE DISCLOSURE STATEMENT
OF PLAINTIFF ALL-TAG CORP.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that Plaintiff All-Tag Corp. (a private non-governmental party) does not have a parent corporation(s) or a publicly held corporation(s) with more than 10% ownership.

DATED:  November 20, 2017.              Respectfully submitted,

/s/  Matthew C. Luzadder

Matthew C. Luzadder (FBN:  0011286)

KELLEY DRYE & WARREN LLP
Counsel for Plaintiff
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
mluzadder@kelleydrye.com
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

- and -

Julian Solotorovsky*
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
jsolotorovsky@kelleydrye.com
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

William MacLeod*
KELLEY DRYE & WARREN LLP
3050 K Street, NW
Washington, DC 20007
wmacleod@kelleydrye.com
Telephone: (202) 342-8811
Facsimile:

August T. Horvath*
Damon Suden*
KELLEY DRYE & WARREN LLP
101 Park Ave.
New York, NY 10178
ahorvath@kelleydrye.com
dsuden@kelleydrye.com
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897

Attorneys for Plaintiff
*(*pro hac vice* applications forthcoming)

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2017, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system.  I certify that service will be accomplished by hand upon:

Checkpoint Systems, Inc.
101 Wolf Drive
Thorofare, New Jersey 08086

/s/  Matt Luzadder
Matt Luzadder (FBN:  0011286)

Counsel for Plaintiff