# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALL-TAG CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 17 CV 81261-WPD |
| v. | ) |
| | ) Judge William P. Dimitrouleas |
| CHECKPOINT SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT CHECKPOINT SYSTEMS, INC.'S
## MOTION TO EXCEED PAGE LIMITATION ON BRIEF

Defendant Checkpoint Systems, Inc. ("Checkpoint") respectfully requests leave of court to file an oversize brief in support of its forthcoming motion to dismiss Plaintiff's Complaint. Checkpoint seeks leave to file a 30 page memorandum in support of its motion to dismiss, with Plaintiff All-Tag Corporation ("All-Tag") being permitted to file a 30 page response, and Checkpoint being permitted to file a 15 page reply. In support of this motion, Checkpoint states as follows:

1. Plaintiff All-Tag filed a 38 page, 214 paragraph Complaint asserting nine separate counts against Checkpoint, including antitrust violations under Sections 1 and 2 of the Sherman Act (Counts I through III), false advertising under Section 43(a) of the Lanham Act (Count IV), violations of the Florida Antitrust Act (Counts V and VI), tortious interference with prospective economic advantage (Count VII), tortious interference with contract (Count VIII), and misappropriation of trade secrets under the Florida Uniform Trade Secrets Act (Count IX).

2. Checkpoint's responsive pleading is due January 12, 2018. (Dkt. No. 17.) Checkpoint intends to move to dismiss all nine counts in All-Tag's Complaint for failure to state a claim under Rule 12(b)(6).

3. Given the breadth of the Sherman Act, Florida Antitrust Act, Lanham Act, Florida Uniform Trade Secrets Act, and state law tortious interference claims, Checkpoint respectfully seeks leave to file its brief exceeding standard page limitations to address All-Tag's allegations and explain why they are factually and legally insufficient. The antitrust claims, in particular, involve numerous legal issues that must be resolved at the pleading stage.

4. Counsel for Checkpoint has consulted with counsel for All-Tag. All-Tag consents to the relief requested in this motion and the parties also have agreed to All-Tag filing a 30 page response to Checkpoint's motion to dismiss, and Checkpoint filing a 15 page reply.

**WHEREFORE**, Defendant Checkpoint Systems, Inc. respectfully requests that this Court enter an Order granting leave for the parties to file briefs related to Checkpoint's soon to be filed motion to dismiss, with Checkpoint being permitted to file up to a 30 page memorandum in support of its motion to dismiss, All-Tag being permitted to file up to a 30 page response to the motion to dismiss, Checkpoint being permitted to file up to a 15 page reply, and for such other and further relief as this Court deems just and proper.

### MEET AND CONFER CERTIFICATE PURSUANT TO S.D. FLA. L.R. 7.1(A)(3)

I hereby certify that counsel for the Defendant/movant has conferred with counsel for Plaintiff in a good faith effort to resolve the issues raised in the motion and states that the following issues have been resolved:  <u>The Plaintiff agreed to all of the relief requested herein</u>. The following issues remain unresolved: <u>None</u>.

Dated: January 3, 2018                Respectfully submitted,

                                        BERGER SINGERMAN LLP
                                        *Attorneys for Defendant*
                                        350 East Las Olas Boulevard, Suite 1000
                                        Fort Lauderdale, Florida 33301
                                        Telephone: (954) 525-9900
                                        Fax: (954) 523-2872

By: *s/ Charles H. Lichtman*
Charles H. Lichtman
FL Bar No. 501050
CLichtman@bergersingerman.com

*And*

ROBERT J. PALMERSHEIM
(*admitted pro hac vice*)
rpalmersheim@honigman.com
WILLIAM B. BERNDT
(*admitted pro hac vice*)
wberndt@honigman.com
ANAND C. MATHEW
(*admitted pro hac vice*)
amathew@honigman.com
HONIGMAN MILLER SCHWARTZ & COHN LLP
155 North Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:     312.701-9300
Facsimile:      312.701-9335

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of January 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF which will generate and serve a Notice of Electronic Filing to the following:

**AUGUST HORVATH**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
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
Email: ahorvath@KelleyDrye.com

**CHRISTOPHER WILLIAM KAMMERER**
Kammerer Mariani PLLC
1601 Forum Place
Suite 500
West Palm Beach, FL 33401
561-990-1592
Fax: 561-228-0998
Email: ckammerer@kammerermariani.com

**DAMON SUDEN**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
212-808-7800
Email: dsuden@KelleyDrye.com

**JOHN F. MARIANI**
KAMMERER & MARIANI, PLLC
1601 Forum Place, Suite 500
West Palm Beach, FL 33401
561-547-7740
Fax: 561-228-0998
Email: jmariani@kammerermariani.com

**JULIAN SOLOTOROVSKY**
Kelley Drye & Warren LLP
333 West Wacker Drive
Chicago, IL 60606
312-857-7070
Email: jsolotorovsky@KelleyDrye.com

**MATTHEW CHARLES LUZADDER**
Kelley Drye & Warren LLP
333 W Wacker Drive
Suite 2600
Chicago, IL 60606
312-857-7070
Fax: 312-857-7095
Email: mluzadder@kelleydrye.com

                                               By:s/ Charles H. Lichtman_____
                                                   Charles H. Lichtman

5