IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-CV-81261-DIMITROULEAS/MATTHEWMAN

ALL-TAG CORP.,

    Plaintiff,

v.

CHECKPOINT SYSTEMS, INC.,

    Defendant.



## ORDER SETTING HEARING, IMPOSING DEADLINES, AND REQUIRING FURTHER CONFERRAL AND FILING OF JOINT NOTICE

**THIS CAUSE** is before the Court upon Plaintiff, All-Tag Corp.'s Motion to Compel Discovery [DE 64]. This matter was referred to the undersigned upon an Order referring all discovery matters to the undersigned for appropriate disposition. *See* DE 51. Defendant Checkpoint Systems, Inc. has not yet filed a Response. However, the Court intends to expedite this matter and therefore is setting a hearing at this time so as not to delay this matter. Accordingly, it is hereby **ORDERED** that a hearing on Plaintiff's Motion to Compel Discovery [DE 64] shall be held as follows:

        DATE:      Friday, November 30, 2018
        TIME:      2:00 P.M.
        PLACE:    United States District Court
                        701 Clematis Street
                        West Palm Beach, Florida
                        Courtroom: 6, Third Floor

Pursuant to this Court's Order Setting Discovery Procedure [DE 53], Defendant's Response to

1

Plaintiff's Motion is due to be filed on or before Tuesday, November 13, 2018.[1] Plaintiff's Reply, if it chooses to file one, is due on or before Friday, November 16, 2018. In advance of the scheduled hearing, the Court directs that counsel for both Plaintiff and Defendant shall further confer, either in person or by telephone, in good faith and for as long as necessary to address each pending discovery dispute. Thereafter, the parties shall file, on or before **Tuesday, November 27, 2018**, a Joint Notice advising whether the discovery disputes have been resolved, and if not, what specific issues remain for determination by the Court and a brief recitation of the position of each party on the specific dispute.

The Court advises all parties and their counsel that the Court will award sanctions and/or cost-shifting, pursuant to Federal Rule of Civil Procedure 37, against any party or counsel who fails to personally confer in good faith, who takes unreasonable or frivolous discovery positions, or who fails to fully comply with all discovery obligations required by the Federal Rules of Civil Procedure and this Court's Order Setting Discovery Procedure [DE 53].

**DONE and ORDERED** in Chambers this 7th day of November, 2018, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is allowing Defendant additional time to file a Response, because Plaintiff filed its Motion late Friday afternoon, at 5:52 p.m. on November 2, 2018. The Court also notes that Monday, November 12, 2018 is a federal holiday and the Courthouse is closed.