# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALL-TAG CORP.,                        CASE NO. 17-81261-CIV-DIMITROULEAS

         Plaintiff,
v.

CHECKPOINT SYSTEMS, INC.

         Defendant.
_____/

## DECLARATION OF SEBOLATITO ADEYEMI

Sebolatito Adeyemi declares and states as follows:

1. I have personal knowledge of and am competent to testify to the facts stated in this Declaration.

2. I have been employed as an eDiscovery consultant for the last seven years. I have been employed by Epiq for the last six years. For the last three years, my role is and has been Senior Project Manager.

3. Epiq is a worldwide provider of legal services, serving law firms, corporations, financial institutions, and government agencies by offering eDiscovery consulting and solutions, among a host of other services. Epiq's eDiscovery services include eDiscovery forensics and collection, processing and hosting, managed document review, and technology-assisted review.

4. Epiq has been retained to provide eDiscovery services to Checkpoint Systems, Inc. ("Checkpoint") in the above-captioned matter. Those services include consulting, data collection, processing and hosting, keyword searching, reporting, and other related services.

5. I am the Epiq Senior Project Manager on this matter. I am familiar with the services that have been, and will be provided to Checkpoint, and the costs associated with those services as provided under the contract governing this matter.

6. Checkpoint's cost to process and promote documents to a review database for this matter is $115.00 per gigabyte.

7. Checkpoint's cost to host data for this matter is $9.00 per gigabyte per month.

8. There are additional costs to Checkpoint in this matter for ingestion and filtering, OCR for processing exceptions, project manager time, and technical time.

9. At Checkpoint's request, Epiq has collected over 2.6 terabytes of data from designated Checkpoint custodians and certain Checkpoint network drives and computers.

10. Checkpoint's counsel provided Epiq with a list of 157 search terms. Epiq ran those searches on the data collected from Checkpoint and reported on the list of search hit results. A copy of the Search Hit Report is attached hereto as Exhibit 1 ("First Search Hit Report").

11. The First Search Hit Report resulted in a total of 1,507,460 documents plus families across the 157 search terms.

12. The Document Hit Count is the number of documents that hit on the search term.

13. The Document Hit + Family Count is the number of documents that hit on the search term, including their full families.

14. The Unique Hit Count is the number of documents that hit on the search term and no other search term.

15. The Unique Hit + Family Count represents the full document families that hit on the search term and no other search term.

16. Checkpoint's counsel subsequently asked Epiq to create a new search hit report that excludes all documents and families that are "Unique" hits, with the exception of "All-Tag" related search terms (Search Nos. 5-7). A copy of this Search Hit Report is attached hereto as Exhibit 2 ("Second Search Hit Report").

17. The Second Search Hit Report resulted in a total of 980,558 documents plus families across the 157 search terms. The size of the 980,558 documents is 685.63 gigabytes, not including the text within the data collection and associated metadata. In my experience, a data population of this size will contain approximately 750 gigabytes of data after including document text and metadata.

18. Epiq's estimate to process and promote 980,558 documents (comprising approximately 685.63 gigabytes of data) to a review database is approximately $140,000.

19. Epiq's estimate to host 980,558 documents (comprising approximately 750 gigabytes of data) in a review database is approximately $6,750 per month.

20. It is difficult to estimate the cost of producing 750 gigabytes of data without first imaging all 980,558 documents to get a production page count. Based on an assumption of five pages per document, Epiq's estimate to prepare 980,558 documents for production is approximately $246,540.

21. Checkpoint's counsel also requested that Epiq create a search hit report with 19 modified or combined search terms. Each of the terms used in the 19 modified searches were used as stand-alone searches in the First and Second Search Hit Reports. A copy of this Search Hit Report is attached hereto as Exhibit 3 ("Third Search Hit Report").

22. One of the modified searches reflected in the Third Search Hit Report is for the search term (agreement* AND (exclud* OR exclusiv*)). That search term expression resulted in 31,258 document hits plus families. Ex. 3, Third Search Hit Report – Search No. 2.

23. This is significantly less than the total of 569,527 document hits plus families that resulted from searching these terms individually, as reflected in the Second Hit Report. Ex. 2, Second Hit Report – Search No. 2 (agreement* - 238,586 hits), Search No. 48 (exclud* - 159,967 hits), Search No. 49 (exclusiv* - 170,974 hits).

24. Another of the modified searches reflected in the Third Search Hit Report is for the search term (YouTube AND ("All Tag" OR "All-Tag" OR "AllTag")). That search term expression resulted in 382 document hits plus families. Ex. 3, Third Search Hit Report – Search No. 7.

25. This is significantly less than the total of 51,471 hits plus families that resulted from search the term "YouTube" individually, as reflected in the Second Hit Report. Ex. 2, Second Hit Report – Search No. 155.

3

26. Another of the modified searches reflected in the Third Search Hit Report is for the search term (audit AND deactivat*). That search term expression resulted in 32,838 document hits plus families. Ex. 3, Third Search Hit Report – Search No. 14.

27. This is significantly less than the total of 474,085 document hits plus families that resulted from searching these terms individually, as reflected in the Second Hit Report. Ex. 2, Second Hit Report – Search No. 12 (audit – 114,013 hits), Search No. 38 (deactivat* - 340,072 hits).

28. Another of the modified searches reflected in the Third Search Hit Report is for the search term (advertis* AND (RF OR "RF Label*")). That search term expression resulted in 29,891 document hits plus families. Ex. 3, Third Search Hit Report – Search No. 15.

29. This is significantly less than the total of 379,308 document hits plus families that resulted from searching these terms individually, as reflected in the Second Hit Report. Ex. 2, Second Hit Report – Search No. 1 (advertis* - 97,829 hits), Search No. 103 ((RF or "RF Label*") – 281,479 hits).

30. Exhibit 3 contains 15 other examples of searches that could be significantly reduced in size by combining or modifying search terms.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November  12 , 2018

_____*Sebolatito Adeyemi*_____
Sebolatito Adeyemi

# ADEYEMI DECLARATION

# EXHIBIT 1

# FIRST SEARCH HIT REPORT



## Search Hit Report

|  |  |
|---:|:---|
| **Client:** | Epiq_Production |
| **Project ID:** | ZHR0072-Checkpoint |
| **Date Searched:** | 10/21/2018 |
| **Parent Doc in DB:** | 4469763 |
| **Total Doc in DB:** | 5693479 |
| **Total Hits:** | 1062473 |
| **Total Hits w/ Attachments:** | 1507460 |
| **Total GB Size:** | 828.76 |
| **% Hits:** | 18.66% |

| Search # | Search Term | Document Hit Count | Document Hit + Family Count | Unique Hit Count | Unique Hit + Family Count |
|---:|---|---:|---:|---:|---:|
| 1 | advertis* | 53045 | 97829 | 8321 | 8530 |
| 2 | agreement* | 110003 | 238586 | 24746 | 22255 |
| 3 | Redacted | 2623 | 5423 | 157 | 150 |
| 4 | Redacted | 768 | 2437 | 207 | 254 |
| 5 | "All Tag" | 14237 | 40689 | 0 | 0 |
| 6 | "All-Tag" | 14237 | 40689 | 0 | 0 |
| 7 | "AllTag" | 1862 | 3109 | 151 | 171 |
| 8 | Andy NEAR2 Gilbert | 279 | 488 | 0 | 0 |
| 9 | anticompet* | 50 | 72 | 0 | 0 |
| 10 | antitrust | 1436 | 2951 | 38 | 25 |
| 11 | asialco | 14803 | 29378 | 3068 | 3724 |
| 12 | audit | 49507 | 114013 | 9550 | 9781 |
| 13 | Redacted | 24299 | 67524 | 5671 | 5882 |
| 14 | barrier* | 8128 | 22813 | 800 | 808 |
| 15 | Redacted | 8036 | 16046 | 1157 | 1256 |
| 16 | Redacted | 165 | 241 | 10 | 10 |
| 17 | (below NEAR3 cost) OR "below cost" | 2477 | 8139 | 623 | 768 |
| 18 | Redacted | 4868 | 15589 | 368 | 437 |
| 19 | bid | 34674 | 81663 | 8318 | 7633 |
| 20 | "Blu Ray" OR "Blu-Ray" | 5004 | 10323 | 283 | 288 |
| 21 | Redacted | 28989 | 62595 | 3402 | 3938 |
| 22 | "business plan*" | 8731 | 17496 | 1675 | 1751 |
| 23 | bundel* | 25 | 39 | 2 | 2 |
| 24 | bundl* | 11595 | 58590 | 2407 | 2586 |
| 25 | Catalyst | 4313 | 14794 | 293 | 315 |
| 26 | Redacted | 0 | 0 | 0 | 0 |
| 27 | Catherine NEAR2 Berry | 151 | 299 | 4 | 4 |
| 28 | certified | 24886 | 68478 | 3487 | 3697 |
| 29 | "comp tag" | 1672 | 7697 | 208 | 198 |
| 30 | comparable | 8187 | 58875 | 441 | 519 |
| 31 | comparison | 31855 | 88496 | 4552 | 7492 |

| | | | | | |
|---|---|---|---|---|---|
| 32 | competit* | 71090 | 131044 | 8901 | 9349 |
| 33 | Redacted | 326 | 760 | 13 | 16 |
| 34 | Controltek | 1907 | 2672 | 30 | 35 |
| 35 | cripple | 437 | 805 | 2 | 2 |
| 36 | Reda | 139468 | 231026 | 38632 | 39747 |
| 37 | Redacted | 10135 | 15214 | 0 | 0 |
| 38 | deactivat* | 170434 | 340072 | 45971 | 49271 |
| 39 | decept* | 1244 | 2400 | 16 | 22 |
| 40 | delay | 50193 | 126499 | 9966 | 12091 |
| 41 | destroy* | 80748 | 152791 | 20400 | 25232 |
| 42 | DiLonardo | 669 | 1138 | 62 | 87 |
| 43 | discount | 56008 | 108602 | 9979 | 14136 |
| 44 | Redacted | 43241 | 72701 | 8672 | 9646 |
| 45 | domin* | 109022 | 211086 | 6756 | 7723 |
| 46 | Redacted | 11354 | 29899 | 659 | 690 |
| 47 | evaluation | 28697 | 87035 | 3458 | 3403 |
| 48 | exclud* | 40926 | 159967 | 5917 | 7123 |
| 49 | exclusiv* | 61157 | 170974 | 9706 | 10561 |
| 50 | "F.E. Moran" OR "femoransecurity.com" | 115 | 228 | 1 | 1 |
| 51 | failure | 37650 | 148746 | 4403 | 5619 |
| 52 | Redacted | 73222 | 120550 | 18750 | 19518 |
| 53 | field NEAR5 test | 2758 | 18240 | 314 | 383 |
| 54 | foreclos* | 482 | 990 | 45 | 44 |
| 55 | freeze* | 16856 | 63846 | 1808 | 2031 |
| 56 | fulfillment | 20271 | 62686 | 3452 | 4205 |
| 57 | Fulmer | 1948 | 3080 | 284 | 347 |
| 58 | Redacted | 332 | 525 | 5 | 4 |
| 59 | Redacted | 3646 | 17746 | 172 | 227 |
| 60 | hurt* | 10724 | 34544 | 1279 | 2250 |
| 61 | illegal | 7851 | 42207 | 977 | 1009 |
| 62 | ILRT OR "Industry Loss Reduction Team" | 421 | 1269 | 43 | 27 |
| 63 | interchangeable | 1053 | 16740 | 96 | 142 |
| 64 | "Intensive care" | 288 | 499 | 23 | 19 |
| 65 | Redact | 6269 | 9937 | 35 | 40 |
| 66 | inferior | 1513 | 8473 | 341 | 336 |
| 67 | Jeanne NEAR2 Simenc | 110 | 216 | 4 | 4 |
| 68 | Kennedy | 18105 | 40397 | 1032 | 1158 |
| 69 | kill* | 34014 | 98928 | 3256 | 3555 |
| 70 | "Labels {&} Labeling" OR "labelsandlabeling.com" | 165 | 399 | 3 | 3 |
| 71 | Lance NEAR2 Weeden | 136 | 295 | 1 | 1 |
| 72 | Lanham | 6128 | 13201 | 79 | 80 |
| 73 | Liethen | 2072 | 3146 | 323 | 349 |
| 74 | lock* NEAR4 down | 3257 | 6269 | 741 | 809 |
| 75 | lock* NEAR4 out | 3376 | 22098 | 425 | 517 |
| 76 | "loss leader" | 66 | 274 | 0 | 0 |

| # | Term | | | | |
|---|---|---:|---:|---:|---:|
| 77 | "LP Magazine" OR "Loss Prevention Magazine" | 5272 | 9977 | 719 | 807 |
| 78 | Market NEAR5 Share | 13019 | 29075 | 0 | 0 |
| 79 | Melissa NEAR2 Steg | 0 | 0 | 0 | 0 |
| 80 | Redac | 12476 | 20558 | 329 | 327 |
| 81 | monopol* | 732 | 1417 | 92 | 132 |
| 82 | "most wanted" | 1139 | 1983 | 33 | 34 |
| 83 | "Multi Packaging Solutions" OR multipkg | 8473 | 18544 | 898 | 914 |
| 84 | Nedap | 17322 | 34003 | 1656 | 1770 |
| 85 | Redacte | 947 | 1823 | 41 | 54 |
| 86 | Redacted | 38056 | 83361 | 4873 | 4912 |
| 87 | Redacted | 11709 | 17906 | 1464 | 1540 |
| 88 | preclude* | 1813 | 16743 | 78 | 88 |
| 89 | "preferred supplier" | 771 | 1879 | 11 | 11 |
| 90 | "press release" | 14095 | 25639 | 0 | 0 |
| 91 | price NEAR2 list | 15790 | 39293 | 4304 | 4159 |
| 92 | Redacted | 446 | 767 | 27 | 29 |
| 93 | "profit margin" | 3552 | 7976 | 289 | 347 |
| 94 | promotion | 23937 | 64891 | 3237 | 3659 |
| 95 | Redact | 13627 | 44623 | 1320 | 1235 |
| 96 | Redacte | 2613 | 5351 | 35 | 35 |
| 97 | reactivat* | 6951 | 19205 | 461 | 402 |
| 98 | refund | 11424 | 39843 | 1571 | 1921 |
| 99 | Releas* | 219026 | 416516 | 35872 | 38616 |
| 100 | reliabil* | 7783 | 35494 | 455 | 407 |
| 101 | "renounces {and} disclaims" | 1 | 2 | 0 | 0 |
| 102 | reward | 7036 | 12301 | 817 | 864 |
| 103 | RF OR "RF Label*" | 124551 | 281479 | 20813 | 23046 |
| 104 | "R.I.P." | 427 | 14635 | 16 | 20 |
| 105 | Redacted | 64493 | 110926 | 0 | 0 |
| 106 | Redacted | 64493 | 110926 | 0 | 0 |
| 107 | Redacted | 19827 | 32325 | 4029 | 4381 |
| 108 | RuMe | 890 | 1668 | 81 | 74 |
| 109 | Redact | 34 | 68 | 2 | 3 |
| 110 | Redacted | 2036 | 5442 | 38 | 55 |
| 111 | "security guard" | 3557 | 7755 | 150 | 165 |
| 112 | Seidel | 492 | 1056 | 7 | 2 |
| 113 | Sekura | 531 | 1627 | 33 | 29 |
| 114 | Sensormatic | 23361 | 54481 | 2382 | 2609 |
| 115 | "SenTech EAS Corp*" OR SenTech | 4656 | 9093 | 147 | 152 |
| 116 | settle* | 30876 | 80002 | 5271 | 6701 |
| 117 | share NEAR5 market | 13019 | 29075 | 0 | 0 |
| 118 | share NEAR10 revenue | 2708 | 7114 | 139 | 247 |
| 119 | share NEAR10 sales | 7981 | 18479 | 1221 | 1221 |
| 120 | Sherman | 21262 | 45330 | 3002 | 3297 |
| 121 | Silveira | 4046 | 7463 | 126 | 158 |

| # | Term | | | | |
|---|---|---:|---:|---:|---:|
| 122 | sole | 32454 | 120596 | 3043 | 3859 |
| 123 | Redacte | 9712 | 21874 | 337 | 312 |
| 124 | "Source Tagging" NEAR10 Conference | 5523 | 8751 | 1184 | 1274 |
| 125 | "Source Tagging" NEAR10 Symposium | 10142 | 17766 | 2097 | 2316 |
| 126 | "Stanley Black {&} Decker, Inc." OR Stanley | 25204 | 53585 | 2559 | 2719 |
| 127 | steal | 9952 | 36218 | 606 | 773 |
| 128 | strength* | 32103 | 94295 | 3259 | 3543 |
| 129 | studies | 15430 | 33164 | 1792 | 1874 |
| 130 | study | 35125 | 68189 | 3481 | 3687 |
| 131 | survey | 84783 | 170410 | 21109 | 24235 |
| 132 | Redac | 222 | 286 | 41 | 54 |
| 133 | Tahoe | 5524 | 11845 | 135 | 149 |
| 134 | threat | 11171 | 26618 | 810 | 859 |
| 135 | timeliness | 1170 | 2880 | 99 | 112 |
| 136 | Redacted | 3625 | 6716 | 52 | 55 |
| 137 | Redacted | 11437 | 27304 | 591 | 731 |
| 138 | transfer NEAR10 cost | 2502 | 10054 | 234 | 254 |
| 139 | Redacte | 6284 | 26607 | 339 | 326 |
| 140 | TUV | 6539 | 15139 | 400 | 422 |
| 141 | Tyco | 21519 | 52335 | 3415 | 3727 |
| 142 | Redac | 46575 | 81442 | 14767 | 16030 |
| 143 | undercut* | 567 | 1481 | 20 | 31 |
| 144 | unisource | 2943 | 6409 | 13 | 13 |
| 145 | "Universal Surveillance" | 908 | 2929 | 4 | 7 |
| 146 | USS | 9411 | 33840 | 758 | 905 |
| 147 | (video OR CCTV) NEAR3 surveillance | 6451 | 15516 | 245 | 271 |
| 148 | Redact | 5835 | 13978 | 113 | 108 |
| 149 | Redacted | 64239 | 106516 | 8101 | 7335 |
| 150 | Redacted | 13718 | 21715 | 0 | 0 |
| 151 | weakness* | 6292 | 15742 | 187 | 193 |
| 152 | Redacted | 5938 | 12541 | 105 | 127 |
| 153 | Redacted | 14 | 14 | 0 | 0 |
| 154 | "X-LOB" | 164 | 365 | 49 | 72 |
| 155 | YouTube | 25034 | 51471 | 8996 | 12258 |
| 156 | Mary NEAR2 DeLaney | 529 | 739 | 211 | 206 |
| 157 | McUmber OR McCumber | 254 | 360 | 59 | 52 |

# ADEYEMI DECLARATION

# EXHIBIT 2

# SECOND SEARCH HIT REPORT



# Search Hit Report

|  | |
|---:|:---|
| **Client:** | Epiq_Production |
| **Project ID:** | ZHR0072-Checkpoint |
| **Date Searched:** | 11/1/2018 |
| **Parent Doc in DB:** | 4469763 |
| **Total Doc in DB:** | 5693479 |
| **Total Hits:** | 600403 |
| **Total Hits w/ Attachments:** | 980558 |
| **Total GB Size:** | 685.63 |
| **% Hits:** | 10.55% |

| Search # | Search Term | Document Hit Count | Document Hit + Family Count | Unique Hit Count | Unique Hit + Family Count |
|---:|---|---:|---:|---:|---:|
| 1 | advertis* | 44724 | 88310 | 0 | 0 |
| 2 | agreement* | 85257 | 212451 | 0 | 0 |
| 3 | Redacted | 2466 | 5124 | 0 | 0 |
| 4 | Redacted | 561 | 2110 | 0 | 0 |
| 5 | "All Tag" | 14237 | 40689 | 0 | 0 |
| 6 | "All-Tag" | 14237 | 40689 | 0 | 0 |
| 7 | "AllTag" | 1862 | 3109 | 151 | 180 |
| 8 | Andy NEAR2 Gilbert | 279 | 488 | 0 | 0 |
| 9 | anticompet* | 50 | 72 | 0 | 0 |
| 10 | antitrust | 1398 | 2875 | 0 | 0 |
| 11 | asialco | 11735 | 24883 | 0 | 0 |
| 12 | audit | 39957 | 100917 | 0 | 0 |
| 13 | Redacted | 18628 | 50616 | 0 | 0 |
| 14 | barrier* | 7328 | 21385 | 0 | 0 |
| 15 | Redacted | 6879 | 14403 | 0 | 0 |
| 16 | Redacted | 155 | 231 | 0 | 0 |
| 17 | (below NEAR3 cost) OR "below cost" | 1854 | 6932 | 0 | 0 |
| 18 | Redacted | 4500 | 15090 | 0 | 0 |
| 19 | bid | 26356 | 70681 | 0 | 0 |
| 20 | "Blu Ray" OR "Blu-Ray" | 4721 | 9940 | 0 | 0 |
| 21 | Redacted | 25587 | 57622 | 0 | 0 |
| 22 | "business plan*" | 7056 | 14960 | 0 | 0 |
| 23 | bundel* | 23 | 37 | 0 | 0 |
| 24 | bundl* | 9188 | 45132 | 0 | 0 |
| 25 | Catalyst | 4020 | 14434 | 0 | 0 |
| 26 | Redacted | 0 | 0 | 0 | 0 |
| 27 | Catherine NEAR2 Berry | 147 | 295 | 0 | 0 |
| 28 | certified | 21399 | 60472 | 0 | 0 |
| 29 | "comp tag" | 1464 | 7461 | 0 | 0 |
| 30 | comparable | 7746 | 31120 | 0 | 0 |
| 31 | comparison | 27303 | 79195 | 0 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| 32 | competit* | 62189 | 120149 | 0 | 0 |
| 33 | Redacted | 313 | 744 | 0 | 0 |
| 34 | Controltek | 1877 | 2632 | 0 | 0 |
| 35 | cripple | 435 | 803 | 0 | 0 |
| 36 | Redact | 100836 | 180362 | 0 | 0 |
| 37 | Redacted | 10135 | 15214 | 0 | 0 |
| 38 | deactivat* | 124463 | 280404 | 0 | 0 |
| 39 | decept* | 1228 | 2378 | 0 | 0 |
| 40 | delay | 40227 | 108315 | 0 | 0 |
| 41 | destroy* | 60348 | 122317 | 0 | 0 |
| 42 | DiLonardo | 607 | 1047 | 0 | 0 |
| 43 | discount | 46029 | 91944 | 0 | 0 |
| 44 | Redacted | 34569 | 62274 | 0 | 0 |
| 45 | domin* | 102266 | 198495 | 0 | 0 |
| 46 | Redacted | 10695 | 28809 | 0 | 0 |
| 47 | evaluation | 25239 | 81981 | 0 | 0 |
| 48 | exclud* | 35009 | 147804 | 0 | 0 |
| 49 | exclusiv* | 51451 | 157556 | 0 | 0 |
| 50 | "F.E. Moran" OR "femoransecurity.com" | 114 | 227 | 0 | 0 |
| 51 | failure | 33247 | 141596 | 0 | 0 |
| 52 | Redacted | 54472 | 99436 | 0 | 0 |
| 53 | field NEAR5 test | 2444 | 17691 | 0 | 0 |
| 54 | foreclos* | 437 | 864 | 0 | 0 |
| 55 | freeze* | 15048 | 60147 | 0 | 0 |
| 56 | fulfillment | 16819 | 57658 | 0 | 0 |
| 57 | Fulmer | 1664 | 2702 | 0 | 0 |
| 58 | Redacted | 327 | 519 | 0 | 0 |
| 59 | Redacted | 3474 | 17488 | 0 | 0 |
| 60 | hurt* | 9445 | 18094 | 0 | 0 |
| 61 | illegal | 6874 | 40780 | 0 | 0 |
| 62 | ILRT OR "Industry Loss Reduction Team" | 378 | 1110 | 0 | 0 |
| 63 | interchangeable | 957 | 16578 | 0 | 0 |
| 64 | "Intensive care" | 265 | 438 | 0 | 0 |
| 65 | Redact | 6234 | 9894 | 0 | 0 |
| 66 | inferior | 1172 | 8067 | 0 | 0 |
| 67 | Jeanne NEAR2 Simenc | 106 | 212 | 0 | 0 |
| 68 | Kennedy | 17073 | 38486 | 0 | 0 |
| 69 | kill* | 30758 | 91878 | 0 | 0 |
| 70 | "Labels {&} Labeling" OR "labelsandlabeling.com" | 162 | 396 | 0 | 0 |
| 71 | Lance NEAR2 Weeden | 135 | 294 | 0 | 0 |
| 72 | Lanham | 6049 | 13076 | 0 | 0 |
| 73 | Liethen | 1749 | 2677 | 0 | 0 |
| 74 | lock* NEAR4 down | 2516 | 5235 | 0 | 0 |
| 75 | lock* NEAR4 out | 2951 | 21426 | 0 | 0 |
| 76 | "loss leader" | 66 | 274 | 0 | 0 |

| # | Term | | | | |
|---|---|---:|---:|---:|---:|
| 77 | "LP Magazine" OR "Loss Prevention Magazine" | 4553 | 9044 | 0 | 0 |
| 78 | Market NEAR5 Share | 13019 | 29075 | 0 | 0 |
| 79 | Melissa NEAR2 Steg | 0 | 0 | 0 | 0 |
| 80 | Redac[Redacted] | 12147 | 20204 | 0 | 0 |
| 81 | monopol* | 640 | 1223 | 0 | 0 |
| 82 | "most wanted" | 1106 | 1945 | 0 | 0 |
| 83 | "Multi Packaging Solutions" OR multipkg | 7575 | 17532 | 0 | 0 |
| 84 | Nedap | 15666 | 31680 | 0 | 0 |
| 85 | Redacte[Redacted] | 906 | 1765 | 0 | 0 |
| 86 | [Redacted] | 33183 | 77168 | 0 | 0 |
| 87 | [Redacted] | 10245 | 16167 | 0 | 0 |
| 88 | preclude* | 1735 | 16642 | 0 | 0 |
| 89 | "preferred supplier" | 760 | 1868 | 0 | 0 |
| 90 | "press release" | 14095 | 25639 | 0 | 0 |
| 91 | price NEAR2 list | 11486 | 31961 | 0 | 0 |
| 92 | [Redacted] | 419 | 738 | 0 | 0 |
| 93 | "profit margin" | 3263 | 7463 | 0 | 0 |
| 94 | promotion | 20700 | 58130 | 0 | 0 |
| 95 | Redacte[Redacted] | 12307 | 41819 | 0 | 0 |
| 96 | Redacte[Redacted] | 2578 | 5314 | 0 | 0 |
| 97 | reactivat* | 6490 | 18709 | 0 | 0 |
| 98 | refund | 9853 | 37628 | 0 | 0 |
| 99 | Releas* | 183154 | 348154 | 0 | 0 |
| 100 | reliabil* | 7328 | 32232 | 0 | 0 |
| 101 | "renounces {and} disclaims" | 1 | 2 | 0 | 0 |
| 102 | reward | 6219 | 11356 | 0 | 0 |
| 103 | RF OR "RF Label*" | 103738 | 247749 | 0 | 0 |
| 104 | "R.I.P." | 411 | 12151 | 0 | 0 |
| 105 | [Redacted] | 64493 | 110926 | 0 | 0 |
| 106 | [Redacted] | 64493 | 110926 | 0 | 0 |
| 107 | [Redacted] | 15798 | 26301 | 0 | 0 |
| 108 | RuMe | 809 | 1573 | 0 | 0 |
| 109 | Redact[Redacted] | 32 | 65 | 0 | 0 |
| 110 | [Redacted] | 1998 | 5384 | 0 | 0 |
| 111 | "security guard" | 3407 | 7565 | 0 | 0 |
| 112 | Seidel | 485 | 1051 | 0 | 0 |
| 113 | Sekura | 498 | 1598 | 0 | 0 |
| 114 | Sensormatic | 20979 | 51289 | 0 | 0 |
| 115 | "SenTech EAS Corp*" OR SenTech | 4509 | 8893 | 0 | 0 |
| 116 | settle* | 25605 | 71051 | 0 | 0 |
| 117 | share NEAR5 market | 13019 | 29075 | 0 | 0 |
| 118 | share NEAR10 revenue | 2569 | 6815 | 0 | 0 |
| 119 | share NEAR10 sales | 6760 | 17075 | 0 | 0 |
| 120 | Sherman | 18260 | 41138 | 0 | 0 |
| 121 | Silveira | 3920 | 7286 | 0 | 0 |

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| | 122 | sole | 29411 | 112162 | 0 | 0 |
| | 123 | Redacte | 9375 | 21485 | 0 | 0 |
| | 124 | "Source Tagging" NEAR10 Conference | 4339 | 7373 | 0 | 0 |
| | 125 | "Source Tagging" NEAR10 Symposium | 8045 | 15252 | 0 | 0 |
| | 126 | "Stanley Black {&} Decker, Inc." OR Stanley | 22645 | 50371 | 0 | 0 |
| | 127 | steal | 9346 | 32338 | 0 | 0 |
| | 128 | strength* | 28844 | 85037 | 0 | 0 |
| | 129 | studies | 13638 | 27616 | 0 | 0 |
| | 130 | study | 31644 | 63173 | 0 | 0 |
| | 131 | survey | 63674 | 141262 | 0 | 0 |
| | 132 | Reda | 181 | 225 | 0 | 0 |
| | 133 | Tahoe | 5389 | 11691 | 0 | 0 |
| | 134 | threat | 10361 | 21217 | 0 | 0 |
| | 135 | timeliness | 1071 | 2725 | 0 | 0 |
| | 136 | Redacted | 3573 | 6658 | 0 | 0 |
| | 137 | Redacted | 10846 | 26506 | 0 | 0 |
| | 138 | transfer NEAR10 cost | 2268 | 9697 | 0 | 0 |
| | 139 | Redact | 5945 | 15864 | 0 | 0 |
| | 140 | TUV | 6139 | 14610 | 0 | 0 |
| | 141 | Tyco | 18104 | 48056 | 0 | 0 |
| | 142 | Red | 31808 | 58957 | 0 | 0 |
| | 143 | undercut* | 547 | 1447 | 0 | 0 |
| | 144 | unisource | 2930 | 6374 | 0 | 0 |
| | 145 | "Universal Surveillance" | 904 | 2922 | 0 | 0 |
| | 146 | USS | 8653 | 30389 | 0 | 0 |
| | 147 | (video OR CCTV) NEAR3 surveillance | 6206 | 15186 | 0 | 0 |
| | 148 | Redact | 5722 | 13839 | 0 | 0 |
| | 149 | Redacted | 56138 | 98707 | 0 | 0 |
| | 150 | Redacted | 13718 | 21715 | 0 | 0 |
| | 151 | weakness* | 6105 | 15497 | 0 | 0 |
| | 152 | Redacted | 5833 | 12385 | 0 | 0 |
| | 153 | Redacted | 14 | 14 | 0 | 0 |
| | 154 | "X-LOB" | 115 | 288 | 0 | 0 |
| | 155 | YouTube | 16038 | 36726 | 0 | 0 |
| | 156 | Mary NEAR2 DeLaney | 318 | 516 | 0 | 0 |
| | 157 | McUmber OR McCumber | 195 | 305 | 0 | 0 |

# ADEYEMI DECLARATION

# EXHIBIT 3

# THIRD SEARCH HIT REPORT



# Search Hit Report

|  |  |
|---:|:---|
| **Client:** | Epiq_Production |
| **Project ID:** | ZHR0072-Checkpoint |
| **Date Searched:** | 10/31/2018 |
| **Parent Doc in DB:** | 4469763 |
| **Total Doc in DB:** | 5693479 |
| **Total Hits:** | 88614 |
| **Total Hits w/ Attachments:** | 243745 |
| **Total GB Size:** | 339.23 |
| **% Hits:** | 1.56% |

| Search # | Search Term | Document Hit Count | Document Hit + Family Count | Unique Hit Count | Unique Hit + Family Count |
|---:|:---|---:|---:|---:|---:|
| 1 | (agreement* AND (bundel* OR bundle*)) | 2214 | 31528 | 606 | 1147 |
| 2 | (agreement* AND (exclude* OR exclusiv*)) | 19884 | 100276 | 12351 | 44320 |
| 3 | (audit AND ("All Tag" OR "All-Tag" OR "AllTag")) | 2254 | 4933 | 626 | 864 |
| 4 | (comparison AND ("All Tag" OR "All-Tag" OR "AllTag")) | 1442 | 15495 | 219 | 547 |
| 5 | (destroy* AND ("All Tag" OR "All-Tag" OR "AllTag")) | 892 | 13179 | 328 | 558 |
| 6 | (domin* AND ("All Tag" OR "All-Tag" OR "AllTag")) | 2384 | 17154 | 229 | 406 |
| 7 | (YouTube AND ("All Tag" OR "All-Tag" OR "AllTag")) | 220 | 382 | 37 | 55 |
| 8 | (competit* AND ("All Tag" OR "All-Tag" OR "AllTag")) | 4116 | 11832 | 982 | 1221 |
| 9 | ((RF OR "RF label*") AND ("All Tag" OR "All-Tag" OR "AllTag")) | 5178 | 15174 | 757 | 1437 |
| 10 | (destroy* AND competit*) | 3830 | 7754 | 1405 | 2145 |
| 11 | (domin* AND competit*) | 5640 | 12605 | 2654 | 4713 |
| 12 | (kill* AND competit*) | 5374 | 9877 | 1776 | 3206 |
| 13 | (audit AND (RF OR "RF Label*")) | 7942 | 33890 | 2471 | 4345 |
| 14 | (audit AND deactivat*) | 7709 | 32838 | 3456 | 6329 |
| 15 | (advertis* AND (RF OR "RF Label*")) | 7267 | 29891 | 1113 | 2284 |
| 16 | (promotion AND (RF OR "RF Label*")) | 4321 | 13775 | 1125 | 2302 |
| 17 | (discount AND (RF OR "RF Label*")) | 11143 | 32523 | 1863 | 3731 |
| 18 | (bid AND (RF OR "RF Label*")) | 5153 | 15155 | 1316 | 2327 |
| 19 | (deactivat* AND (RF OR "RF Label*")) | 45680 | 131992 | 30436 | 62351 |