UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-81261-CIV-DIMITROULEAS

ALL-TAG CORP.,

       Plaintiff,

v.

CHECKPOINT SYSTEMS, INC.

       Defendant.

_____/

**CHECKPOINT SYSTEMS, INC.'S MOTION FOR LEAVE TO FILE**
**FIRST AMENDED AFFIRMATIVE DEFENSES AND COUNTERCLAIM**

       Defendant Checkpoint Systems, Inc. ("Checkpoint"), pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 5.4 of the Local Rules of the United States District Court for the Southern District of Florida, hereby moves this Court for an Order giving Checkpoint leave to file its First Amended Affirmative Defenses and Counterclaim. In support of this motion, Checkpoint states as follows:

       1.     Checkpoint filed its original Counterclaim and Affirmative Defenses on April 19, 2018.  DE 38.

       2.     Federal Rule of Civil Procedure 15(a)(2) provides that a party "may amend its pleading only with the opposing party's written consent or the court's leave."  Rule 15(a)(2) also provides that "[t]he court should freely give leave when justice so requires."

       3.     Based on All-Tag's written discovery responses and document production to date, Checkpoint believes it has a basis to amend its affirmative defenses and counterclaim with additional factual allegations and claims.

       4.     In particular, Checkpoint believes that it can assert an affirmative defense and counterclaim with respect to All-Tag's false advertising in violation of Section 43(a) of the Lanham Act.

       5.     On February 22, 2019, the Court granted Checkpoint leave to file portions of the attached First Amended Affirmative Defenses and Counterclaim under seal because they referenced a confidential settlement agreement between the parties.  DE 84.

6. A redacted version of the proposed amended pleading is attached hereto as **Exhibit A**, pursuant to Local Rule 15.1.  An unredacted version of the amended pleading will be filed and served under seal pursuant DE 84 and the CM/ECF Administrative Procedures.

7. Accordingly, Checkpoint respectfully requests that this Court grant it leave to file its First Amended Affirmative Defenses and Counterclaim.

8. Upon entry of the Order on this Motion, Checkpoint will separately re-file the amended pleading pursuant to Local Rule 15.1, unless otherwise ordered by the Court.  DE 84.

**WHEREFORE**, for good cause shown, Defendant Checkpoint Systems, Inc. respectfully requests an Order giving Checkpoint leave to file its First Amended Affirmative Defenses and Counterclaim, and for such other and further relief as this Court deems just and proper.

### MEET AND CONFER CERTIFICATE PURSUANT TO S.D. FLA. L.R. 7.1(A)(3)

I hereby certify that counsel for the movant has made reasonable efforts to confer with All-Tag, including by telephone call and email to All-Tag's counsel on February 20, 2019 and telephone calls made on February 22, 2019. After these efforts, the undersigned remains unclear whether All-Tag objects to the relief sought by this Motion.

| | |
|---|---|
| Dated: February 22, 2019 | */s/ Gavin C. Gaukroger* <br> One of the attorneys for Checkpoint Systems, Inc. |
| Gavin C. Gaukroger <br> Fla. Bar. No. 76489 <br> BERGER SINGERMAN LLP <br> 350 East Las Olas Boulevard, Suite 1000 <br> Fort Lauderdale, Florida 33301 <br> Tel: (954) 525-9900 <br> Fax: (954) 523-2872 <br> ggaukroger@bergersingerman.com <br> drt@bergersingerman.com | Robert J. Palmersheim (*pro hac vice*) <br> Anand C. Mathew (*pro hac vice*) <br> PALMERSHEIM & MATHEW LLP <br> 401 N. Franklin Street, Suite 4S <br> Chicago, Illinois 60654 <br> Tel: (312) 319-1791 <br> Fax: (312) 878-2890 <br> rjp@thepmlawfirm.com <br> acm@thepmlawfirm.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 22, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF which will generate and serve a Notice of Electronic Filing to the following:

Damon Suden
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
212-808-7800
Email: dsuden@KelleyDrye.com

Julian Solotorovsky
Kelley Drye & Warren LLP
333 West Wacker Drive
Chicago, IL 60606
312-857-7070
Email: jsolotorovsky@KelleyDrye.com

William A. MacLeod
Kelley Drye & Warren LLP
3050 K Street NW, Suite 400
Washington, DC 20007
202-342-8811
Email: wmacleod@kelleydrye.com

Christopher W. Kammerer
John F. Mariani
Kammerer Mariani PLLC
1601 Forum Place, Suite 500
West Palm Beach, FL 33401
561-990-1592
Email: ckammerer@kammerermariani.com
Email: jmariani@kammerermariani.com

John B. Williams
Williams Lopatto PLLC
1707 L Street NW, Suite 550
Washington, DC 20036
202-296-1611
Email: jbwilliams@williamslopatto.com

*/s/ Gavin C. Gaukroger*

8942764-1