UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-81261-CIV- DIMITROULEAS

ALL-TAG CORP.,

    Plaintiff,

v.

CHECKPOINT SYSTEMS, INC.,

    Defendant.
_____/

## NOTICE OF NON-OPPOSITION AND CONSENT TO AMENDMENT

Defendant Checkpoint System, Inc., hereby gives notice to the Court that Plaintiff All-Tag Corp., through counsel in writing informed Defendant that Plaintiff does not oppose the Motion for Leave to File First Amended Affirmative Defenses and Counterclaim [DE 85] or the filing of the First Amended Affirmative Defenses and Counterclaim. Accordingly, the latter will be filed under seal, pursuant to DE 84 and Federal Rule of Civil Procedure 15(a)(1)(2).

Dated: March 8, 2019

Robert J. Palmersheim (pro hac vice)
Anand C. Mathew (pro hac vice)
Julie Mallen (pro hac vice)
Palmersheim & Mathew LLP
401 N. Franklin Street, Suite 4S
Chicago, Illinois 60654
Tel: (312) 319-1791
Fax: (312) 878-2890
rjp@thepmlawfirm.com
acm@thepmlawfirm.com
jmm@thepmlawfirm.com

/s/ *Gavin C. Gaukroger*
Gavin C. Gaukroger
Fla. Bar. No. 76489
Berger Singerman LLP
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Tel: (954) 525-9900
Fax: (954) 523-2872
ggaukroger@bergersingerman.com
drt@bergersingerman.com

*Counsel for Defendant/Counterclaim Plaintiff Checkpoint Systems, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of March 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF. I also certify that the First Amended Affirmative Defenses and Counterclaim, which will be filed under seal pursuant to DE 84 and will be served upon all counsel of record on the below Service List via E-mail.

Damon Suden
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
212-808-7800
Email: dsuden@KelleyDrye.com

Julian Solotorovsky
Kelley Drye & Warren LLP
333 West Wacker Drive
Chicago, IL 60606
312-857-7070
Email: jsolotorovsky@KelleyDrye.com

William A. MacLeod
Kelley Drye & Warren LLP
3050 K Street NW, Suite 400
Washington, DC 20007
202-342-8811
Email: wmacleod@kelleydrye.com

Christopher W. Kammerer
John F. Mariani
Kammerer Mariani PLLC
1601 Forum Place, Suite 500
West Palm Beach, FL 33401
561-990-1592
Email: ckammerer@kammerermariani.com
Email: jmariani@kammerermariani.com

John B. Williams
Williams Lopatto PLLC
1707 L Street NW, Suite 550
Washington, DC 20036
202-296-1611
Email: jbwilliams@williamslopatto.com

/s/ *Gavin C. Gaukroger*
Gavin C. Gaukroger

8969101-1