# EXHIBIT B

*All-Tag Corporation v. Checkpoint Systems, Inc.*
Case No. 17-cv-81261

# FILED UNDER SEAL PURSUANT TO THE S.D. FLA. LOCAL RULES