# EXHIBIT C

*All-Tag Corporation v. Checkpoint Systems, Inc.*
Case No. 17-cv-81261

| | |
|---|---|
| **From:** | Robert J Palmersheim |
| **Sent:** | Friday, January 11, 2019 3:19 PM |
| **To:** | Horbey |
| **Cc:** | Anand C. Mathew; Min H Ro |
| **Subject:** | RE: All-Tag v. Checkpoint |
| | |
| **Categories:** | 1) Correspondance |

Eric:

Do you have time available next week for purposes of discussing the BSI subpoena?

Robert

**From:** Horbey <horbey@larypc.com>
**Sent:** Friday, December 21, 2018 11:46 AM
**To:** Min H Ro <mhr@thepmlawfirm.com>
**Cc:** Robert J Palmersheim <rjp@thepmlawfirm.com>
**Subject:** RE: All-Tag v. Checkpoint

Thanks.

**Eric Horbey, Esq. | Lazer, Aptheker, Rosella & Yedid, P.C.**
515 N. Flagler Drive, Suite 400 | West Palm Beach, FL 33401
Direct Phone. 561-899-0225 | Fax. 561-899-0125
horbey@larypc.com | www.larypc.com



Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, disclosure, copying or other use of this communication is prohibited and no attorney-client privilege is waived.

If you have received this communication in error, please notify the sender immediately by return e-mail, permanently delete this e-mail and any attachments from all computers on which they may be stored, and destroy any print-outs of this message or its attachments.

Required Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used,

and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or tax-related matter(s) addressed herein.

---

**From:** Min H Ro [mailto:mhr@thepmlawfirm.com]
**Sent:** Friday, December 21, 2018 12:22 PM
**To:** Horbey
**Cc:** Robert J Palmersheim
**Subject:** RE: All-Tag v. Checkpoint

Eric:

Attached please find a copy of All-Tag Corporation's subpoena to Best Security Acquisition, as well as a copy of the Protective Order entered by Judge Matthewman in this matter.

Sincerely,
Min

---

**From:** Horbey <horbey@larypc.com>
**Sent:** Wednesday, December 19, 2018 9:37 AM
**To:** Robert J Palmersheim <rjp@thepmlawfirm.com>
**Subject:** RE: All-Tag v. Checkpoint

Can we move it to Friday, 10 central, instead?



**Eric Horbey, Esq. | Lazer, Aptheker, Rosella & Yedid, P.C.**
515 N. Flagler Drive, Suite 400 | West Palm Beach, FL 33401
Direct Phone. 561-899-0225 | Fax. 561-899-0125
horbey@larypc.com | www.larypc.com



Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, disclosure, copying or other use of this communication is prohibited and no attorney-client privilege is waived.

If you have received this communication in error, please notify the sender immediately by return e-mail, permanently delete this e-mail and any attachments from all computers on which they may be stored, and destroy any print-outs of this message or its attachments.

Required Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or tax-related matter(s) addressed herein.

**From:** Robert J Palmersheim [mailto:rjp@thepmlawfirm.com]
**Sent:** Wednesday, December 19, 2018 10:16 AM
**To:** Horbey
**Subject:** RE: All-Tag v. Checkpoint

Eric:
Can we move our call from 10 central to 11 central?  I had something come up.

robert

**From:** Horbey <horbey@larypc.com>
**Sent:** Monday, December 17, 2018 9:42 AM
**To:** Robert J Palmersheim <rjp@thepmlawfirm.com>; Anand C. Mathew <ACM@thepmlawfirm.com>
**Subject:** RE: All-Tag v. Checkpoint

Wednesday, 10 a.m. central. You can reach me at (561) 899-0225.

Eric

**Eric Horbey, Esq. | Lazer, Aptheker, Rosella & Yedid, P.C.**
515 N. Flagler Drive, Suite 400 | West Palm Beach, FL 33401
Direct Phone. 561-899-0225 | Fax. 561-899-0125
horbey@larypc.com | www.larypc.com



Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, disclosure, copying or other use of this communication is prohibited and no attorney-client privilege is waived.

If you have received this communication in error, please notify the sender immediately by return e-mail, permanently delete this e-mail and any attachments from all computers on which they may be stored, and destroy any print-outs of this message or its attachments.

Required Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or tax-related matter(s) addressed herein.

**From:** Robert J Palmersheim [mailto:rjp@thepmlawfirm.com]
**Sent:** Monday, December 17, 2018 10:33 AM

3

**To:** Horbey; Anand C. Mathew
**Subject:** RE: All-Tag v. Checkpoint

Wednesday is fine.  9-12, and 1:30-3:30. Central.

---

**From:** Horbey <horbey@larypc.com>
**Sent:** Monday, December 17, 2018 9:32 AM
**To:** Robert J Palmersheim <rjp@thepmlawfirm.com>; Anand C. Mathew <ACM@thepmlawfirm.com>
**Subject:** RE: All-Tag v. Checkpoint

Tomorrow is not good for me. How about Wednesday?

Eric

**Eric Horbey, Esq. | Lazer, Aptheker, Rosella & Yedid, P.C.**
515 N. Flagler Drive, Suite 400 | West Palm Beach, FL 33401
Direct Phone. 561-899-0225 | Fax. 561-899-0125
horbey@larypc.com | www.larypc.com



Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, disclosure, copying or other use of this communication is prohibited and no attorney-client privilege is waived.

If you have received this communication in error, please notify the sender immediately by return e-mail, permanently delete this e-mail and any attachments from all computers on which they may be stored, and destroy any print-outs of this message or its attachments.

Required Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or tax-related matter(s) addressed herein.

---

**From:** Robert J Palmersheim [mailto:rjp@thepmlawfirm.com]
**Sent:** Monday, December 17, 2018 10:22 AM
**To:** Horbey; Anand C. Mathew
**Subject:** RE: All-Tag v. Checkpoint

This afternoon is tight.  Are you available tomorrow?

**From:** Horbey <horbey@larypc.com>
**Sent:** Monday, December 17, 2018 9:19 AM
**To:** Robert J Palmersheim <rjp@thepmlawfirm.com>; Anand C. Mathew <ACM@thepmlawfirm.com>
**Subject:** RE: All-Tag v. Checkpoint

How about today at 2pm?

Eric

**Eric Horbey, Esq. | Lazer, Aptheker, Rosella & Yedid, P.C.**
515 N. Flagler Drive, Suite 400 | West Palm Beach, FL 33401
Direct Phone. 561-899-0225 | Fax. 561-899-0125
horbey@larypc.com | www.larypc.com



Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, disclosure, copying or other use of this communication is prohibited and no attorney-client privilege is waived.

If you have received this communication in error, please notify the sender immediately by return e-mail, permanently delete this e-mail and any attachments from all computers on which they may be stored, and destroy any print-outs of this message or its attachments.

Required Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or tax-related matter(s) addressed herein.

**From:** Robert J Palmersheim [mailto:rjp@thepmlawfirm.com]
**Sent:** Monday, December 17, 2018 10:03 AM
**To:** Horbey; Anand C. Mathew
**Subject:** RE: All-Tag v. Checkpoint

Eric:

No problem on the extension.  January 18.  Let me know dates and times this week when you are available to discuss the substantive requests.

Robert

From: Horbey <horbey@larypc.com>
Sent: Monday, December 17, 2018 8:47 AM
To: Robert J Palmersheim <rjp@thepmlawfirm.com>; Anand C. Mathew <ACM@thepmlawfirm.com>
Subject: All-Tag v. Checkpoint

Robert and Anand,

My firm represents Best Security Acquisitions with respect to the subpoena your client issued as part of the above referenced litigation. I am writing to first seek a 30-day extension of Best Security's time to respond to the subpoena (currently, the response date is December 18), but also to discuss Checkpoint's substantive requests. If you could please confirm whether your client will agree to the extension and if you could give me a call to discuss Checkpoint's requests, I would appreciate it.

Regards,

Eric Horbey


**Eric Horbey, Esq. | Lazer, Aptheker, Rosella & Yedid, P.C.**
515 N. Flagler Drive, Suite 400 | West Palm Beach, FL 33401
Direct Phone. 561-899-0225 | Fax. 561-899-0125
horbey@larypc.com | www.larypc.com



Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, disclosure, copying or other use of this communication is prohibited and no attorney-client privilege is waived.

If you have received this communication in error, please notify the sender immediately by return e-mail, permanently delete this e-mail and any attachments from all computers on which they may be stored, and destroy any print-outs of this message or its attachments.

Required Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or tax-related matter(s) addressed herein.