# EXHIBIT E

*All-Tag Corporation v. Checkpoint Systems, Inc.*
Case No. 17-cv-81261

| | |
|---|---|
| **From:** | Horbey <horbey@larypc.com> |
| **Sent:** | Tuesday, March 5, 2019 4:28 PM |
| **To:** | Julie M. Mallen; Robert J Palmersheim |
| **Cc:** | Anand C. Mathew |
| **Subject:** | RE: Checkpoint's Subpoena to Best Security's |

Julie,

As for the number of requests, you are right. 6 and 7 were only in All-Tag's subpoena. Min Ro from your office forwarded me a copy of All-Tag's subpoena as a courtesy (before All-Tag served it), and I opened it thinking it was from Checkpoint.

As for limiting the scope of production, while All-Tag offered to limit the scope, Checkpoint refused to agree to their proposal. While a confidentiality order can address some concerns over disclosing sensitive business information, it does not permit a request to a non-party that is more broad than necessary.

I am available Monday after 10 EST.

Eric


**Eric Horbey, Esq. | Lazer, Aptheker, Rosella & Yedid, P.C.**
515 N. Flagler Drive, Suite 400 | West Palm Beach, FL 33401
Direct Phone. 561-899-0225 | Fax. 561-899-0125
horbey@larypc.com | www.larypc.com



Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, disclosure, copying or other use of this communication is prohibited and no attorney-client privilege is waived.

If you have received this communication in error, please notify the sender immediately by return e-mail, permanently delete this e-mail and any attachments from all computers on which they may be stored, and destroy any print-outs of this message or its attachments.

Required Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal

Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or tax-related matter(s) addressed herein.

---

**From:** Julie M. Mallen [mailto:jmm@thepmlawfirm.com]
**Sent:** Tuesday, March 5, 2019 5:11 PM
**To:** Robert J Palmersheim; Horbey
**Cc:** Anand C. Mathew
**Subject:** RE: Checkpoint's Subpoena to Best Security's

Eric:

We disagree with Best Securities' objections as we attempted to narrow the scope to minimize the burden, but Best Securities has not agreed to produce any information even with these limitations.  To the extent Best Securities has confidentiality concerns about producing information, I can provide you with a copy of the Stipulated Protective Order that adequately addresses these concerns.  Furthermore, Best Securities' objections reference 7 requests, but Checkpoint's subpoena only included 5 requests, which were narrowly tailored and did not request "all" documents and communications.

Pursuant to Local Rule 7.1.(a)(3) and the Magistrate Judge Matthewman's Order Setting Discovery Procedure, we would like to engage Best Securities in a final meet and confer in attempt to resolve the issues without court intervention.  Please let us know your availability for the week of March 11, 2019.

Regards,
Julie



**Julie M. Mallen**
Associate
PALMERSHEIM & MATHEW LLP
401 N. Franklin Street | Suite 4S
Chicago, Illinois 60654
**Tel:** 312.705.3628 | **Fax:** 312.878.2890

web |vCard |LinkedIn

**Confidentiality Note:** This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.

---

**From:** Horbey <horbey@larypc.com>
**Sent:** Tuesday, March 5, 2019 3:43 PM
**To:** Robert J Palmersheim <rjp@thepmlawfirm.com>; Anand C. Mathew <ACM@thepmlawfirm.com>; dsuden@kelleydrye.com
**Subject:** Checkpoint's Subpoena to Best Security's

Attached please find Best Security's Objections and Responses to Defendant Checkpoint Systems, Inc.'s Subpoena to Produce Documents.

Regards,

Eric Horbey

**Eric Horbey, Esq. | Lazer, Aptheker, Rosella & Yedid, P.C.**
515 N. Flagler Drive, Suite 400 | West Palm Beach, FL 33401
Direct Phone. 561-899-0225 | Fax. 561-899-0125
horbey@larypc.com | www.larypc.com



Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, disclosure, copying or other use of this communication is prohibited and no attorney-client privilege is waived.

If you have received this communication in error, please notify the sender immediately by return e-mail, permanently delete this e-mail and any attachments from all computers on which they may be stored, and destroy any print-outs of this message or its attachments.

Required Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or tax-related matter(s) addressed herein.