UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 9:17-cv-81261-WPB

ALL-TAG CORP.,

                Plaintiff,

vs.

CHECKPOINT SYSTEMS, INC.,

                Defendant.
_____/

## ALL-TAG CORP.'S NOTICE OF WITHDRAWAL OF MOTION FOR AN EXPERT DISCOVERY SCHEDULE [DE 102] AS MOOT

Plaintiff All-Tag Corp. files this notice of withdrawal as moot of its motion, filed yesterday, for an expert discovery schedule [DE 102], before the Court's April 4, 2019 Order [DE 104], which sets an expert discovery schedule and renders All-Tag Corp.'s motion moot.

Dated:  April 5, 2019

Respectfully submitted,

By:  /s/ Christopher Kammerer
      Christopher Kammerer

Christopher William Kammerer
John F. Mariani
KAMMERER MARIANI PLLC
1601 Forum Place, Suite 500
West Palm Beach, FL 33401
(561)-990-1592
ckammerer@kammerermariani.com
jmariani@kammerermariani.com

William MacLeod (*pro hac vice*)
Julian Solotorovsky (*pro hac vice*)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
(312)-857-7070
jsolotorovsky@kelleydrye.com
wmacleod@kelleydrye.com

1

Damon Suden (*pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
(212)-808-7800
dsuden@KelleyDrye.com

John B. Williams *(pro hac vice)*
WILLIAMS LOPATTO PLLC
1707 L Street, NW Suite 550
Washington, DC 20036
(202) 296-1611
jbwilliams@williamslopatto.com
*Attorneys for Plaintiff All-Tag Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

By: */s/ Christopher Kammerer*
Christopher Kammerer

## SERVICE LIST

**All Tag Corp. v. Checkpoint Systems, Inc.**
**United States District Court, Southern District of Florida Case No. 9:17-cv-81261-WPB**

**Electronic Mail Notice List**

- **Julian Solotorovosky, Esq.**
  jsolotorovsky@kelleydrye.com

- **William A. MacLeod, Esq.**
  wmacleod@kelleydrye.com

- **Damon W. Suden, Esq.**
  dsuden@kelleydrye.com

- **John B. Williams, Esq.**
  jbwilliams@williamslopatto.com

- **Charles Howard Lichtman, Esq.**
  clichtman@bergersingerman.com

- **Gavin C. Gaukroger, Esq.**
  ggaukroger@bergersingerman.com

- **Anand C. Mathew, Esq.**
  acm@thepmlawfirm.com

- **Robert J. Palmersheim, Esq.**
  rjp@thepmlawfirm.com

- **Julie M. Mallen, Esq.**
  jmm@thepmlawfirm.com