IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-CV-81261-DIMITROULEAS/MATTHEWMAN

ALL-TAG CORP.,

    Plaintiff,

v.

CHECKPOINT SYSTEMS, INC.,

    Defendant.



## ORDER SETTING HEARING AND REQUIRING FURTHER CONFERRAL AND FILING OF JOINT NOTICE

**THIS CAUSE** is before the Court upon Defendant Checkpoint Systems, Inc.'s ("Defendant") Motion to Compel Non-Party Best Security Acquisition, LLC to Produce All Documents Responsive to Subpoena [DE 97]. This matter was referred to the undersigned upon an Order referring all discovery matters to the undersigned for appropriate disposition. *See* DE 51. Because the parties and Non-Party are unable to resolve this matter without Court intervention, it is hereby **ORDERED** that a hearing on Motion to Compel Non-Party Best Security Acquisition, LLC to Produce All Documents Responsive to Subpoena [DE 97] shall be held as follows:

    DATE:    Monday, April 22, 2019
    TIME:    2:00 P.M.
    PLACE:    United States District Court
                  701 Clematis Street
                  West Palm Beach, Florida
                  Courtroom: 6, Third Floor

In advance of the scheduled hearing, the Court directs that counsel for the parties and Non-Party Best Security Acquisition, LLC shall further confer, either in person or by telephone, in good faith

and for as long as necessary to address the pending discovery dispute. Thereafter, the parties and Non-Party Best Security Acquisition, LLC shall file, on or before **Thursday, April 18, 2019**, a Joint Notice advising whether the discovery dispute has been resolved, and if not, what specific issues remain for determination by the Court and a brief recitation of the position of each party on the specific dispute.

The Clerk is directed to mail a copy of this Order to counsel for Non-Party, Eric Horbey of Lazer, Aptheker, Rosella & Yedid, P.C., 515 N. Flagler Drive, Suite 400, West Palm Beach, FL 33401. [DE 97, pg. 8]. Additionally, counsel for Defendant is **ORDERED** to email a copy of this Order to counsel for the Non-Party, at horbey@larypc.com.

**DONE and ORDERED** in Chambers this 10th day of April, 2019, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE