UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-81261-CIV-DIMITROULEAS/MATTHEWMAN

ALL-TAG CORP.,

    Plaintiff,

v.

CHECKPOINT SYSTEMS, INC.

    Defendant.
_____/



FILED BY _____ D.C.
APR 15 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**ORDER GRANTING UNOPPOSED MOTION TO RESCHEDULE HEARING ON DEFENDANT'S MOTION TO COMPEL NON-PARTY BEST SECURITY ACQUISITION, LLC TO PRODUCE ALL DOCUMENTS RESPONSIVE TO SUBPOENA [DE 108]**

**THIS CAUSE** came before the Court upon the Unopposed Motion to Reschedule Hearing on Defendant's Motion to Compel Non-Party Best Security Acquisition, LLC to Produce All Documents Responsive to Subpoena (the "Motion"). The Court has carefully considered the Motion, and being otherwise fully advised in the premises, noting that it is unopposed, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. The hearing set by the Order Setting Hearing and Requiring Further Conferral and Filing of Joint Notice (the "Order") (DE 107) shall be held:

    DATE:    Monday, May 6, 2019
    TIME:    2:00 P.M.
    PLACE:    United States District Court
                701 Clematis Street
                West Palm Beach, Florida
                Courtroom: 6, Third Floor

3. The parties and Non-party Best Security Acquisition, LLC shall file, on or before Thursday, May 2, 2019, a Joint Notice advising whether the discovery dispute has been resolved,

and if not, what specific issues remain for determination by the Court and a brief recitation of the position of each party on the specific dispute. All other deadlines and terms of the Order (DE 107) shall remain in full force and effect.

4.  Counsel for Defendant is **ORDERED** to email a copy of this Order to counsel for Non-Party Best Security Acquisition, LLC, at horbey@larypc.com.

**DONE AND ORDERED** in Chambers this 15th day of April, 2019, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE