# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALL-TAG CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 17 CV 81261-WPD |
| v. | ) |
| | ) Judge William P. Dimitrouleas |
| CHECKPOINT SYSTEMS, INC., | ) Magistrate Judge William Matthewman |
| | ) |
| Defendant. | ) |

## [Proposed] ORDER GRANTING ALL-TAG'S MOTION TO COMPEL

THIS CAUSE came before the Court upon Plaintiff All-Tag Corp.'s ("All-Tag") Motion to Compel (the "Motion). The Court has carefully considered the Motion, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

1. All-Tag's Motion is **GRANTED**.

2. Checkpoint is **ORDERED** to produce the documents requested in All-Tag's Motion.

\_\_\_ day of _____, 2019.

_____
HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
*Counsel of Record*