UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-81261-CIV-DIMITROULEAS/MATTHEWMAN

ALL-TAG CORP.,

    Plaintiff,

v.

CHECKPOINT SYSTEMS, INC.,

    Defendant.
_____/

FILED BY _____ D.C.
APR 29 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER GRANTING UNOPPOSED MOTION TO SEAL [DE 114]

This cause came before the Court upon Checkpoint Systems, Inc.'s ("Checkpoint") Unopposed Motion for Leave to File Exhibits Under Seal (the "Motion"). [DE 114]. The Court has reviewed the Motion and is otherwise familiar with the record in this case. Accordingly, the Court **DOES HEREBY ORDER:**

    1.    Checkpoint's Motion is **GRANTED**.

    2.    Checkpoint is given leave to file under seal exhibits A-Q to its Response to All-Tag Corp.'s Motion to Compel Discovery.

    3.    The above material shall remain under seal until such time as either (1) Checkpoint and All-Tag agree that the confidential material can be publicly disclosed; or (2) the Court enters an Order requiring the confidential material to be publicly disclosed.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 29 day of April, 2019.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE