IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALL-TAG CORPORATION | ) |
| | ) |
| Plaintiff, | ) Civil Action 17-CV-81261 |
| | ) |
| v. | ) Judge William P. Dimitrouleas |
| | ) Magistrate Judge William Matthewman |
| CHECPOINT SYSTEMS, INC. | ) |
| | ) |
| Defendant. | ) |

**NEDAP, INC.'S UNOPPOSED MOTION FOR EXTENSION
OF TIME AND TO MODIFY BRIEFING SCHEDULE**

Nedap, Inc. ("Nedap"), a non-party to this litigation, by its counsel, John A. Turner of Saul Ewing Arnstein & Lehr LLP, submits Nedap, Inc.'s Unopposed Motion for Extension of Time and to Modify Briefing Schedule, and in support states as follows:

1. On April 24, 2019, this Court set a briefing schedule on Checkpoint Systems, Inc.'s Motion to Compel Non-Party Nedap, Inc. to Produce All Documents Responsive to Subpoena. *See* DE 7.

2. Pursuant to the foregoing briefing schedule, Nedap was ordered to file its response to Checkpoint's Motion on May 1, 2019 and Checkpoint was to file its Reply, if it chooses, on May 8, 2019. The parties were ordered to file a Joint Notice on May 13, 2019 advising the Court whether the discovery dispute has been resolved and if not, what specific issues remain for determination. *See* DE 7.

3. Pursuant to this same Order, Checkpoint's Motion was set for hearing on May 15, 2019 at 2:00 p.m. *See* DE 7.

4.  Nedap requests a short extension of time to and including May 6, 2019 to file its response to Checkpoint's Motion as the necessary declarant, who's declaration Nedap intends to incorporate into its Response, resides in the Netherlands and is currently on a previously scheduled vacation with his daughter.

5.  In light of the declarant's previously scheduled vacation and the necessary return travel, Nedap requests this short extension to file its Response and supporting declaration.

6.  Based on the foregoing, Nedap respectfully requests that the aforementioned briefing schedule be modified as follows:

    a.  Nedap's Response to Checkpoint's Motion to Compel is due on May 6. 2019;

    b.  Checkpoint's Reply, if any, in support of its Motion to Compel is due on May 13, 2019;

    c.  The Parties to file a Joint Notice by 2:00 p.m. on May 14, 2019 advising whether the discovery dispute has been resolved and if not, what specific issues remain for determination; and

    d.  The currently scheduled hearing date of May 15, 2019 at 2:00 p.m. to stand.

7.  Checkpoint does not oppose this Motion to the extent the Court is willing to accommodate the aforementioned modified briefing schedule and keep the currently scheduled hearing date.

8.  Nedap brings this motion in good faith and this Motion is not intended for the purpose of delay.

Wherefore, Nedap, Inc. respectfully requests that this Court grant Nedap, Inc.'s Motion for Extension of Time and to Modify Briefing Schedule as delineated above and for any further relief this Court deems just and equitable.

-2-

34894171.1 05/01/2019

34894439.1

**MEET AND CONFER CERTIFICATE PURSUANT TO S.D. FLA. L.R. 7.1(A)(3)**

I hereby certify that counsel for the movant has made reasonable efforts to confer with counsel for Checkpoint Systems, Inc., which advised that they do not oppose the relief sought in this Motion, which is therefore filed herein as unopposed.

>
> Saul Ewing Arnstein & Lehr, LLP
> Northbridge Centre, Suite 1400
> 515 North Flagler Drive
> West Palm Beach, FL33401
> Telephone:    (561) 833-9800
> Facsimile:    (561) 655-5551
>
>
> By:   */s/John A. Turner*
>       John Turner
>       Florida Bar No. 000922
>       john.turner@saul.com
>       Linda.dunne@saul.com
>       Wpb-ctdocs@saul.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 1, 2019 I electronically filed the foregoing document with the Clerk of Court using the Florida Courts E-Filing Portal ("Portal").  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the Portal or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                          Saul Ewing Arnstein & Lehr, LLP
                          Northbridge Centre, Suite 1400
                          515 North Flagler Drive
                          West Palm Beach, FL33401
                          Telephone:    (561) 833-9800
                          Facsimile:     (561) 655-5551

                  By:    */s/John A. Turner*
                          John Turner
                          Florida Bar No. 000922
                          john.turner@saul.com
                          Linda.dunne@saul.com
                          Wpb-ctdocs@saul.com

## SERVICE LIST

John A. Turner
Saul Ewing Arnstein & Lehr LLP
515 N. Flagler Drive,
Suite 1400
West Palm Beach, FL 33401
John.turner@saul.com
Linda.dunne@saul.com
Wpb-ctdocs@saul.com

Robert J. Palmersheim *(pro hac vice)*
Anand C. Mathew *(pro hac vice)*
Julie M. Mallen *(pro hac vice)*
Palmersheim & Mathew LLP
401 N. Franklin Street, Suite 4S
Chicago, IL 60654
rjp@thepmlawfirm.com
am@thepmlawfirm.com
jmm@thepmlawfirm.com

William MacLeod *(pro hac vice)*
Jilian Solotorovsky *(pro hac vice)*
Kelley Drye & Warren LLP
333 West Wacker Drive
Chicago, IL 60606
jsolotorovsky@kelleydrye.com
wmacleod@kelleydrye.com

John B. Williams *(pro hac vice)*
Williams Lopatto PLLC
1707 L. Street, NW Suite 550
Washington, DC 20036
jbwilliams@williamslopatto.com

Gavin C. Gaukroger
Charles H. Lichtman
Berger Singerman LLP
350 East Las Olas Boulevard, Suite 1000
Ft. Lauderdale, FL 33301
ggaukroger@bergersingerman.com
clichtman@bergersingerman.com
DRT@bergersingerman.com

Christopher Kammerer
John F. Mariani
Kammerer Mariani PLLC
1601 Forum Place, Suite 500
West Palm Beach, FL 33401
ckammerer@kammerermariani.com
jmariani@kammerermariani.com

Damon Suden *(pro hac vice)*
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
dsuden@kelleydrye.com