IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case 9:17-cv-81261-DIMITROULEAS/MATTHEWMAN

ALL-TAG CORP.,

    Plaintiff,

v.

CHECKPOINT SYSTEMS, INC.,

    Defendant.

FILED BY ____ D.C.

MAY 02 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**ORDER DENYING NON-PARTY NEDAP, INC.'S MOTION FOR EXTENSION OF TIME AND TO MODIFY BRIEFING SCHEDULE [DE 120]**

This cause is before the Court upon Non-Party Nedap, Inc.'s ("Nedap") Unopposed Motion for Extension of Time and to Modify Briefing Schedule [DE 120]. This Motion concerns Checkpoint Systems, Inc.'s Motion to Compel Non-Party Nedap, Inc. to Produce all Documents Responsive to Subpoena, which is pending in a separate action under Case Number 8:19-mc-80562-Dimitrouleas/Matthewman. Because that Motion is not pending in the instant case, Non-Party Nedap, Inc.'s Unopposed Motion for Extension of Time and to Modify Briefing Schedule [DE 120] is **DENIED**. If Nedap seeks an extension of time, it should file a motion seeking appropriate relief in the appropriate case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of May, 2019.

WILLIAM MATTHEWMAN
United States Magistrate Judge