UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-81261-CIV-DIMITROULEAS

ALL-TAG CORP.,

      Plaintiff,

v.

CHECKPOINT SYSTEMS, INC.

      Defendant.
_____/

**JOINT NOTICE**

Pursuant to the Court's April 23, 2019 Order [D.E. 111], All-Tag Corp. ("All-Tag") and Checkpoint Systems, Inc. ("Checkpoint") submit this Joint Notice advising the Court on whether the discovery disputes have been resolved, the specific issues that remain for determination, and the position of each party on the specific disputes.

**I.    THE PARTIES' ATTEMPTS TO MEET AND CONFER**

Since the filing of All-Tag's Motion to Compel, the parties conferred via telephone conference on May 2, 2019.  The parties were able to reach agreement on some issues, but were not able to reach agreement on all issues raised by All-Tag's motion.

**II.    RESOLVED ISSUES**

Defendant has represented to plaintiff that a reasonable and diligent search has uncovered no additional documents relating to the Source Tagging Symposiums and correspondence with TUV.  Defendant has agreed to reconfirm that all potential sources have been searched.

**III.    UNRESOLVED ISSUES**

    **A. Expert Reports and Exhibits from the *USS* Litigation**

All-Tag requests the Expert Reports and Exhibits from the USS Litigation because they contain highly relevant information pertinent to this case.   Checkpoint maintains these documents are irrelevant to this case and would be burdensome to produce due to the required releases under the Protective Order in the *USS* Litigation.  Plaintiff and Defendant explored alternatives to Plaintiff's seeking releases from other parties but were unable to reach an agreement resolving this subject of the motion.

    **B. Deposition Transcripts and Exhibits from the *USS* Litigation**

Similar to the Expert Reports, All-Tag believes the deposition transcripts are highly relevant to the issues in the present case and does not agree that it waived its right to additional transcripts. Checkpoint maintains that the documents are irrelevant to the case and that All-Tag has waived its right to request them.

**C. Data from the *USS* Litigation**

Discovery has revealed to All-Tag that financial data from before 2012 pertain to transactions in 2012 and beyond and therefore has requested that data. Checkpoint maintains that it produced financial data from before 2012 as part of its July 2018 production from the USS Litigation. Further, the parties agreed in January 2019 that they would produce data in this case for the time period 2012 through 2018 and subsequently had numerous communications regarding the form and substance of the data. All-Tag never stated in those discussions that it needed new data from before 2012 and Checkpoint contends that producing such data in this litigation will be burdensome to Checkpoint, will unnecessarily delay the proceedings, and that All-Tag has waived its rights to request the additional data.

| Dated: May 2, 2019 | Respectfully submitted, |
|---|---|
| /s/ Christopher Kammerer | /s/ Gavin C. Gaukroger |
| *One of the attorneys for Plaintiff All-Tag Corp.* | *One of the attorneys for Defendant Checkpoint Systems, Inc.* |
| KAMMERER MARIANI PLLC<br>John F. Mariani<br>Christopher Kammerer<br>1601 Forum Place Suite 500<br>West Palm Beach, Florida 33401<br>jmariani@kammerermariani.com<br>ckammerer@kammerermariani.com | BERGER SINGERMAN LLP<br>Gavin C. Gaukroger<br>350 East Las Olas Boulevard,<br>Suite 1000<br>Fort Lauderdale, Florida 33301<br>954-525-9900<br>ggaukroger@bergersingerman.com |
| KELLEY, DRYE & WARREN LLP<br>William A. MacLeod<br>3050 K Street NW, Suite 400<br>Washington, DC 20007<br>202-342-8811<br>wmacleod@kelleydrye.com<br>Damon W. Suden<br>101 Park Avenue<br>New York, NY 10178<br>212-808-7528<br>dsuden@kelleydrye.com | PALMERSHEIM & MATHEW LLP<br>Robert J. Palmersheim<br>Anand C. Mathew<br>401 N. Franklin Street, Suite 4S<br>Chicago, Illinois 60654<br>312-319-1791<br>rjp@thepmlawfirm.com<br>acm@thepmlawfirm.com |

WILLIAMS LOPATTO PLLC
John B. Williams
1707 L Street NW, Suite 550
Washington, DC 20036
202-296-1611
jbwilliams@williamslopatto.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on May 2, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF which will generate and serve a Notice of Electronic Filing to the following:

Damon Suden
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
212-808-7800
Email: dsuden@KelleyDrye.com

Julian Solotorovsky
Kelley Drye & Warren LLP
333 West Wacker Drive
Chicago, IL 60606
312-857-7070
Email: jsolotorovsky@KelleyDrye.com

William A. MacLeod
Kelley Drye & Warren LLP
3050 K Street NW, Suite 400
Washington, DC 20007
202-342-8811
Email: wmacleod@kelleydrye.com

John B. Williams
Williams Lopatto PLLC
1707 L Street NW, Suite 550
Washington, DC 20036
202-296-1611
Email: jbwilliams@williamslopatto.com

BERGER SINGERMAN LLP
Charles Howard Lichtman
Gavin C. Gaukroger
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
954-525-9900
clichtman@bergersingerman.com
ggaukroger@bergersingerman.com

PALMERSHEIM & MATHEW LLP
Robert J. Palmersheim
Anand C. Mathew
Julie M. Mallen
401 N. Franklin Street, Suite 4S
Chicago, Illinois 60654
312-319-1791
rjp@thepmlawfirm.com
acm@thepmlawfirm.com
jmm@thepmlawfirm.com

                */s/ Christopher Kammerer*