IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-CV-81261-DIMITROULEAS/MATTHEWMAN

ALL-TAG CORP.,

    Plaintiff,

v.

CHECKPOINT SYSTEMS, INC.,

    Defendant.

FILED BY ____ D.C.
MAY 06 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL [DE 128]

This cause came before the Court upon Checkpoint Systems, Inc.'s ("Checkpoint") Motion to File Under Seal (the "Motion"). The Court has reviewed the Motion and is otherwise familiar with the record in this case. Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Checkpoint's Motion is **GRANTED.**

2. Checkpoint is given leave to file under seal the unredacted Motion to Enforce Protective Order and Impose Sanctions for Violation of Protective Order and exhibits B-S thereto.

3. The above material shall remain under seal until such time as either (1) Checkpoint and All-Tag agree that the confidential material can be publicly disclosed; or (2) the Court enters an Order requiring the confidential material to be publicly disclosed.

**DONE and ORDERED** in Chambers this 6th day of May, 2019, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE