IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-CV-81261-DIMITROULEAS/MATTHEWMAN

ALL-TAG CORP.,

    Plaintiff,

v.

CHECKPOINT SYSTEMS, INC.,

    Defendant.



## ORDER SETTING HEARING AND REQUIRING FURTHER CONFERRAL AND FILING OF JOINT NOTICE

**THIS CAUSE** is before the Court upon Defendant Checkpoint Systems, Inc.'s ("Defendant") Motion to Enforce Protective Order and Impose Sanctions for Violation of Protective Order [DE 127]. This matter was referred to the undersigned upon an Order referring all discovery matters to the undersigned for appropriate disposition. *See* DE 51. Because the parties are unable to resolve this matter without Court intervention, it is hereby **ORDERED** that a hearing on Defendant's Motion to Enforce Protective Order and Impose Sanctions for Violation of Protective Order [DE 127] shall be held as follows:

        DATE:      Thursday, June 6, 2019
        TIME:      2:00 P.M.
        PLACE:    United States District Court
                        701 Clematis Street
                        West Palm Beach, Florida
                        Courtroom: 6, Third Floor

The Court notes that, at this time, Defendant has only filed a redacted version of its Motion at DE 127 and has not yet filed an unredacted, sealed version of the Motion. This Court granted

Defendant leave to file the unredacted Motion under seal on May 6, 2019 [DE 129].[1] Defendant is **ORDERED** to file the unredacted sealed Motion forthwith.

Further, in advance of the scheduled hearing, the Court directs that counsel for the parties shall further confer, either in person or by telephone, in good faith and for as long as necessary to address the pending discovery dispute. Thereafter, the parties shall file, on or before **Monday, June 3, 2019**, a Joint Notice advising whether the discovery dispute has been resolved, and if not, what specific issues remain for determination by the Court and a brief recitation of the position of each party on the specific dispute.

**DONE and ORDERED** in Chambers this 13th day of May, 2019, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Docket Entry 130 reflects that the Motion was filed under seal. However, upon closer review, it appears that Defendant timely filed under seal the unredacted exhibits to its Motion at DE 130, but the unredacted Motion was not included in the documents filed.