UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-81261-CIV- DIMITROULEAS/MATTHEWMAN

ALL-TAG CORP.,

    Plaintiff,

v.

CHECKPOINT SYSTEMS, INC.,

    Defendant.

_____/

FILED BY ____ D.C.
MAY 14 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER RESOLVING CHECKPOINT'S MOTION TO COMPEL NON-PARTY BEST SECURITY ACQUISITION, LLC TO PRODUCE ALL DOCUMENTS RESPONSIVE TO SUBPOENA AND INCORPORATED MEMORANDUM OF LAW [DE 97]

This cause came before the Court upon Checkpoint Systems, Inc.'s ("Checkpoint") Motion to Compel Non-Party Best Security Acquisition, LLC to Produce All Documents Responsive to Subpoena and Incorporated Memorandum of Law (the "Motion") [DE 97]. The Court is advised that Checkpoint Systems, Inc. ("Checkpoint") and Best Security Acquisition, LLC ("Best Security") have resolved all issues raised in Checkpoint's Motion. Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. By May 15, 2019, Best Security will conduct a thorough and diligent search and produce documents to Checkpoint and All-Tag that establish that Best Security installs and services EAS systems nationwide, to the extent such a document exists;

2. By June 14, 2019, Best Security will produce annual sales totals for each of the following product categories per year for the period of 2012 to the present: (i) RF labels, (ii) hard tags, (iii) CCTV, (iv) EAS servicing, and (v) towers and deactivators;

3. By June 14, 2019, Best Security will identify the customers that purchased products in each of the above categories for the period of 2012 to the present;

4. The parties will evaluate the aforementioned information received from Best Security and will determine if any further information is necessary. In the event any further dispute arises, the parties' counsel shall personally confer in an effort to resolve any issues before filing any additional motion. And, if an additional motion is necessary on this issue, it shall be filed in a timely manner.

5. The parties confirmed that Best Security may produce its documents and information as Highly Confidential – Attorneys' Eyes Only pursuant to the Protective Order entered in this case if so warranted.

6. In light of the resolution of this issue, the hearing scheduled **solely** in regards to Defendant's Motion to Compel Non-Party Best Security Acquisition, LLC to Produce All Documents Responsive to Subpoena and Incorporated Memorandum of Law (the "Motion") [DE 97] for May 15, 2019 is hereby **CANCELLED.**

7. The Clerk is directed to mail a copy of this Order to counsel for Best Security, Eric Horbey of Lazer, Aptheker, Rosella & Yedid, P.C., 515 N. Flagler Drive, Suite 400, West Palm Beach, FL 33401. Additionally, counsel for Defendant is **ORDERED** to email a copy of this Order to counsel for Best Security at horbey@larypc.com.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Palm Beach County, Florida, this 14th day of May, 2019.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE