UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-81261-CIV-DIMITROULEAS

ALL-TAG CORP.,

Plaintiff,

v.

CHECKPOINT SYSTEMS, INC.

Defendant.

_____/

FILED BY _____ D.C.

MAY 29 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### ORDER GRANTING ALL-TAG CORP.'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF ITS MOTION TO AMEND EXPERT DISCOVERY DEADLINES AND EXHIBITS A & B [DE 154]

THIS CAUSE came before the Court upon Plaintiff All-Tag Corp.'s ("All-Tag") Motion for Leave to file under seal the Confidential Portions of All-Tag's Motion to Amend Expert Discovery Deadlines and Exhibits A and B to the Motion to Amend Expert Discovery Deadlines (the "Motion"). [DE 154]. The Court has carefully considered the Motion, noting that it is unopposed, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

1. All-Tag's Motion is **GRANTED**.

2. All-Tag is given leave to file under seal the confidential portions of All-Tag's Motion to Amend Expert Discovery Deadlines and Exhibits A and B to All-Tag's Motion to Amend Expert Discovery Deadlines.

3. The above material shall remain under seal until such time as either (1) Checkpoint and All-Tag agree that the Confidential or Highly Confidential material can be

publicly disclosed; or (2) the Court enters an Order requiring the confidential material to be publicly disclosed.

      **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 29th day of May, 2019.

                                  WILLIAM MATTHEWMAN
                                  UNITED STATES MAGISTRATE JUDGE