IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-CV-81261-DIMITROULEAS/MATTHEWMAN

ALL-TAG CORP.,

    Plaintiff,

v.

CHECKPOINT SYSTEMS, INC.,

    Defendant.



## ORDER ADDING MOTION TO HEARING, EXPEDITING BRIEFING, AND REQUIRING FURTHER CONFERRAL AND FILING OF JOINT NOTICE

**THIS CAUSE** is before the Court upon Plaintiff, All-Tag Corp.'s Motion to Amend Expert Discovery Deadlines [DE 153]. This matter was referred to the undersigned upon an Order referring all discovery matters to the undersigned for appropriate disposition. *See* DE 51. Defendant, Checkpoint Systems, Inc. has not yet filed a Response.

Upon careful review of the Motion [DE 153], it is hereby **ORDERED** as follows:

1. The Court has already set a hearing for Thursday, June 6, 2019, at 2:00 p.m. *See* DE 137. Therefore, in the interest of the efficient use of the Court's time and resources, the Court will also hear argument on Plaintiff's Motion to Amend Expert Discovery Deadlines [DE 153] at the hearing scheduled for **June 6, 2019** at 2:00 p.m.

2. In light of the approaching hearing, the Court will require expedited briefing of this Motion. Defendant is required to file its Response on or before **Monday, June 3, 2019 at 2:00 p.m.**. If Plaintiff wishes to file a Reply, it must do so on or before **Tuesday, June 4,**

1

**2019 at 12:00 noon.**

3. The Court has required that counsel for the parties file a Joint Notice on or before **June 5, 2019 at 12:00 noon**. The parties are also **ORDERED** to further confer, either in person or by telephone, in good faith and for as long as necessary to address the instant discovery dispute. The parties shall include in the Joint Notice whether the discovery dispute has been resolved, and if not, what specific issues remain for determination by the Court and a brief recitation of the position of each party on the specific dispute.

**DONE and ORDERED** in Chambers this 29th day of May, 2019, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE