IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-CV-81261-DIMITROULEAS/MATTHEWMAN

ALL-TAG CORP.,

    Plaintiff,

v.

CHECKPOINT SYSTEMS, INC.,

    Defendant.



**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO
AMEND EXPERT DISCOVERY DEADLINES [DE 153]**

**THIS CAUSE** is before the Court upon Plaintiff, All-Tag Corp.'s ("Plaintiff") Motion to Amend Expert Discovery Deadlines [DE 153]. This matter was referred to the undersigned upon an Order referring all discovery matters to the undersigned for appropriate disposition. *See* DE 51. Defendant, Checkpoint Systems, Inc. (Defendant) did not file a response, but, pursuant to the Court's Order Adding Motion to Hearing [DE 156], the parties filed a Joint Notice on June 2, 2019. [DE 162]. On June 5, 2019, pursuant to the parties' request in their Joint Notice [DE 162], the Honorable United States District Judge William P. Dimitrouleas entered an Order extending the discovery deadline in this case by one week, from September 11, 2019 to September 18, 2019. [DE 164]. The Court held a hearing on the Motion on June 6, 2019.

At the hearing, the parties represented that they had come to an agreement regarding the expert discovery deadlines, as stated in the Joint Notice. [DE 162]. The Court has carefully reviewed the Motion [DE 153], the Joint Notice [DE 162], Judge Dimitrouleas' Order [DE 164],

1

and the representations made to the Court at the June 6, 2019 hearing. After careful consideration, and as stated in open court, Plaintiff's Motion to Amend Expert Discovery Deadlines [DE 153] is **GRANTED** in part. It is hereby **ORDERED** that the following deadlines shall apply:

| | |
|---|---|
| **Affirmative Expert Reports Due:** | **July 17, 2019** |
| **Depositions of Affirmative Experts Completed:** | **August 9, 2019** |
| **Rebuttal Expert Reports Due:** | **August 23, 2019** |
| **Deposition of Rebuttal Experts Completed:** | **September 18, 2019** |
| **Fact and Expert Discovery Cut-off:** | **September 18, 2019** |

The Court **ORDERS** the parties to conclude all discovery, whether fact or expert, on or before September 18, 2019. The Court notes that the current substantive pretrial motion deadline of October 11, 2019, and the trial period of January 3, 2020 [DE 51] remain unchanged and are unaffected by this Order. Plaintiff's Motion is denied in all other regards.

**DONE and ORDERED** in Chambers this 7th day of June, 2019, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE