IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-cv-81261-WPD

ALL-TAG CORP.,

    Plaintiff,

vs.

CHECKPOINT SYSTEMS, INC.,

    Defendant.
_____/

## MEDIATOR'S REPORT

On September 9, 2019, the undersigned mediated this case. The parties and their respective counsel were present. This case did not settle. As a result, we are at an impasse.

Dated: September 10, 2019

Respectfully submitted,

/s/ Harry R. Schafer
Harry R. Schafer
Florida Bar No. 508667
Email: harryrschafer@gmail.com
ESQUIBEL COMMUNICATIONS CO.
2775 NW 49th Ave.
Unit 205 # 413
Ocala, FL 34482
Telephone: (305) 439-4285

*Mediator*

## CERTIFICATE OF SERVICE

**I hereby certify** that on the 10th day of September, 2019, I furnished this Mediator's Report to counsel for the parties for their electronic filing of the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ Harry R. Schafer
Harry R. Schafer

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 10, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF which will electronically serve the forgoing to counsel of record in this case.

                                                    */s/ Gavin C. Gaukroger*
                                                   Gavin C. Gaukroger

9310699-1

1