UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-81261-CIV-DIMITROULEAS

ALL-TAG CORP.,

    Plaintiff,

v.

CHECKPOINT SYSTEMS, INC.,

    Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO SEAL

THIS CAUSE is before the Court upon Defendant's Unopposed Motion for Leave to File Under Seal Defendant's Motion for Judgment on the Pleadings on Count I and Count II of Defendant's Second Amended Counterclaim and Incorporated Memorandum of Law [DE 206] (the "Motion"), filed herein on September 8, 2019.  The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1.     The Motion [DE 206] is **GRANTED**.

2.     Defendant is given leave to file under seal an unredacted Motion for Judgment on the Pleadings on Count I and Count II of Defendant's Second Amended Counterclaim and Incorporated Memorandum of Law.

3.     The above material shall remain under seal until such time as either: (1) Checkpoint and All-Tag agree that the confidential material can be publicly disclosed; or (2) the Court enters an Order requiring the confidential material to be publicly disclosed.

**DONE AND ORDERED** in chambers, at Fort Lauderdale, Broward County, Florida, this 12th day of September, 2019.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record