UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:17-cv-81261-WPD



All-Tag Corp.,

          Plaintiff,

vs.

Checkpoint Systems, Inc.,

          Defendant.
_____/

### ORDER GRANTING CHECKPOINT SYSTEM, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY UNDER SEAL [DE 217]

THIS CAUSE is before the Court upon Defendant Checkpoint Systems, Inc.'s Unopposed Motion for Leave to File Under Checkpoint's Reply in Support of Motion to Strike All-Tag's New Affirmative Opinion Improperly and Untimely Offered in the Rebuttal Report of Graeme Hunter, Ph.D. [DE 217]. The Court has considered the motion, the pertinent portions of the record, and is fully advised in the premises. It is therefore **ORDERED** and **ADJUDGED** that:

1. The motion [DE 217] is **GRANTED**.

2. Defendant Checkpoint Systems, Inc. is given leave to file its reply and its exhibits under seal.

3. The reply and its exhibits shall remain under seal until further Court order.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 17th day of September, 2019.

                                                                        WILLIAM MATTHEWMAN
                                                                        United States Magistrate Judge