**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 17-81261-CIV-DIMITROULEAS

ALL-TAG CORP.,

    Plaintiff,

v.

CHECKPOINT SYSTEMS, INC.,

    Defendant.

_____/

**ORDER GRANTING IN PART EXPEDITED MOTION**
**TO EXCEED PAGE LIMITATION ON BRIEFS**

THIS CAUSE came before the Court on Defendant, Checkpoint Systems, Inc.'s Expedited Motion to Exceed Page Limitation on Briefs (the "Motion") [DE 215]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Defendant requests leave from the Court to file two motions for summary judgment and leave to file one of those as a 30-page motion with a 20-page statement of facts. *See* DE 215 p. 3. Pursuant to Local Rules 7.1 (c)(2) and 56.1(a), a motion for summary judgment shall not exceed 20-pages with its statement of material facts not to exceed 10-pages. Further, "[f]iling multiple motions for partial summary judgment is prohibited absent prior permission of the Court." *See* Local Rules 7.1(c)(2). The Court reads Defendant's Motion as requesting permission to file a total of 50 pages for its motions for summary judgement, 30 pages for its statements of fact, and 25 pages for its replies, with All-Tag being granted permission to file 50 pages in response. In addition, Defendant requests leave to file excess pages for its forthcoming *Daubert* motion with regard to Plaintiff's expert, Dr. Graeme Hunter. *See* DE 215 p. 3. The Court further notes that Plaintiff opposes Defendant's requests.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 215] is **GRANTED in part**;

2. Checkpoint is given leave to file up to **40 pages total** to be divided, as it sees fit, between its motion for summary judgment on All-Tag's claims against it as set forth in All-Tag's Second Amended Complaint, and its motion for summary judgment on certain counts of Checkpoint's Second Amended Counterclaim. In addition, Checkpoint is permitted to file up to **20 pages total** to be divided, as it sees fit, between its two statements of material fact. All-Tag is permitted to file up to **40 pages total** to be divided, as it sees fit, between its responses to Checkpoint's two motions for summary judgment. Finally, Checkpoint is permitted to file up to **20 pages total** to be divided, as it sees fit, between its two replies.

3. Checkpoint is further given leave to file a **25-page** *Daubert* motion seeking to exclude the testimony of Dr. Graeme Hunter, with All-Tag being permitted to file up to a **25-page** response to the *Daubert* motion, and Checkpoint being permitted to file a **10-page** reply.

**DONE AND ORDERED** in chambers, at Fort Lauderdale, Florida, this 30th day of September, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record

2