# EXHIBIT A

| | |
|---|---|
| **From:** | MacLeod, William |
| **Sent:** | Wednesday, September 25, 2019 12:30 PM |
| **To:** | Robert J Palmersheim; Anand C. Mathew |
| **Cc:** | Scott, Mark; John B. Williams Esq. |
| **Subject:** | Privilege Log |

Robert and Anand,

We have not received a privilege log from you, so we assume that you are not withholding any documents on the basis of privilege. If I am mistaken and you have produced a log, would you please identify it? If you have not produced one, would you please confirm that you have produced all responsive documents, and that you are not relying on privilege to withhold any responsive documents from Checkpoint's production?

Thanks,

Bill


**WILLIAM MACLEOD**

Partner

**Kelley Drye & Warren LLP**
Washington Harbour
3050 K Street NW, Suite 400
Washington, DC 20007
Tel: (202) 342-8811
Cell: (202) 258-2156

WWW.KELLEYDRYE.COM

wmacleod@kelleydrye.com