IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALL-TAG CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 17 CV 81261-WPD |
| v. | ) |
| | ) Judge William P. Dimitrouleas |
| CHECKPOINT SYSTEMS, INC., | ) Magistrate Judge William Matthewman |
| | ) |
| Defendant. | ) |

**ALL-TAG'S EXPEDITED MOTION FOR ADDITIONAL PAGES FOR STATEMENT OF FACTS FOR ITS OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff All-Tag Corp. ("All-Tag"), respectfully requests leave of this Court to file additional pages for its statements of material facts in its opposition to Defendant Checkpoint Systems, Inc. ("Checkpoint")'s two statements of material facts submitted with its two motions for summary judgment [DE 284 and DE 288]. In support of this motion, Checkpoint states as follows:

1. On September 16, 2019, Checkpoint filed an Expedited Motion requesting leave from the Court to file two motions for summary judgment (for a total of 50 pages), 30 pages for its statements of fact, and 25 pages for its replies, with All-Tag being granted permission to file 50 pages in response. *See* DE 215 at 3.

2. On October 1, 2019, this Court granted-in-part Checkpoint's Request. *See* DE 242 at 2. In doing so, the Court stated:

> Checkpoint is given leave to file up to **40 pages total** to be divided, as it sees fit, between its motion for summary judgment on All-Tag's claims against it as set forth in All-Tag's Second Amended Complaint, and its motion for summary judgment on certain counts of Checkpoint's Second Amended Counterclaim. In addition, Checkpoint is permitted to file up to **20 pages total** to be divided, as it sees fit, between its two statements of material fact. All-Tag is permitted to file up to **40 pages total** to be divided, as it sees fit, between its responses to Checkpoint's two motions for summary judgment. Finally, Checkpoint is permitted to file up to **20 pages total** to be divided, as it sees fit, between its two replies.

DE 242 at 2.

1

3. In doing so, the Court gave both parties 40 pages for the briefing of, and response to, the motions for summary judgment. *Id*. While the Court also provided Checkpoint with 20 pages for its statement of facts (a 50% enlargement), it did not provide an equivalent extension for All-Tag to respond.

4. Local Rule 56.1(a) provides the nonmoving party with 10 pages to both respond to the statement of facts *and* to add "[a]dditional facts which the party opposing summary judgment contends are material...." 10 pages is simply not enough space to adequately address Checkpoint's 20 pages of statements of facts and to provide additional facts.

5. In conjunction with its motions for summary Judgment, Checkpoint submitted two statements of material facts, which, combined, total 93 paragraphs of facts. *See* DE 284 and DE 288. All-Tag must respond to each of the 93 statements of facts asserted in Checkpoint's two statements of material fact.

6. Additionally, in its Motion for Summary Judgment on the Antitrust and Lanham claims, Checkpoint stated 35 times that All-Tag had "no evidence" in the record to support the various elements of its claims. DE 287. The record is replete with evidence, but All-Tag must include examples of such in its statements of material facts.

7. In drafting its responses to Checkpoint's two statements of material facts, All-Tag requires approximately 20 pages to respond to Checkpoint's 93 statements of facts. All-Tag then must add its own additional statements of material facts, including key anticompetitive events omitted from Checkpoint's motions for summary judgment. Thus, All-Tag is requesting a total of 30 pages for its responses to Checkpoint's two statements of material facts.

WHEREFORE, All-Tag respectfully requests that the Court enter an Order granting leave for All-Tag to have 30 pages for its responses to Checkpoint's two statements of material facts.

**MEET AND CONFER CERTIFICATE PURSUANT TO S.D. L.R. 7.1(A)(3)**

I hereby certify that counsel for the Plaintiff/movant has conferred by telephone with counsel for Defendant regarding this motion and the relief sought. Counsel for Defendant opposes the relief sought in this Motion.

Dated: October 22, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/ *Christopher Kammerer*
　　　　　　　　　　　　　　　　　　　　　Christopher Kammerer

　　　　　　　　　　　　　　　　　　Christopher William Kammerer
　　　　　　　　　　　　　　　　　　John F. Mariani
　　　　　　　　　　　　　　　　　　KAMMERER MARIANI PLLC
　　　　　　　　　　　　　　　　　　1601 Forum Place, Suite 500
　　　　　　　　　　　　　　　　　　West Palm Beach, FL 33401
　　　　　　　　　　　　　　　　　　(561)-990-1592
　　　　　　　　　　　　　　　　　　ckammerer@kammerermariani.com
　　　　　　　　　　　　　　　　　　jmariani@kammerermariani.com

　　　　　　　　　　　　　　　　　　William MacLeod (*pro hac vice*)
　　　　　　　　　　　　　　　　　　Julian Solotorovsky (*pro hac vice*)
　　　　　　　　　　　　　　　　　　KELLEY DRYE & WARREN LLP
　　　　　　　　　　　　　　　　　　333 West Wacker Drive
　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　(312)-857-7070
　　　　　　　　　　　　　　　　　　jsolotorovsky@kelleydrye.com
　　　　　　　　　　　　　　　　　　wmacleod@kelleydrye.com

　　　　　　　　　　　　　　　　　　Damon Suden (*pro hac vice*)
　　　　　　　　　　　　　　　　　　KELLEY DRYE & WARREN LLP
　　　　　　　　　　　　　　　　　　101 Park Avenue
　　　　　　　　　　　　　　　　　　New York, NY 10178
　　　　　　　　　　　　　　　　　　(212)-808-7800
　　　　　　　　　　　　　　　　　　dsuden@KelleyDrye.com

　　　　　　　　　　　　　　　　　　John B. Williams *(pro hac vice)*
　　　　　　　　　　　　　　　　　　WILLIAMS LOPATTO PLLC
　　　　　　　　　　　　　　　　　　1707 L Street, NW Suite 550
　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　(202) 296-1611
　　　　　　　　　　　　　　　　　　jbwilliams@williamslopatto.com
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff All-Tag Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of October 2019, a true and correct copy of the foregoing was served upon the following counsel of record for Defendant via CM/ECF:

>Charles Howard Lichtman
>Gavin Gaukroger
>BERGER SINGERMAN
>Las Olas Centre II
>350 E Las Olas Boulevard
>Suite 1000
>Fort Lauderdale, FL 33301
>954-525-9900
>Fax: 523-2872
>clichtman@bergersingerman.com
>ggaukroger@bergersingerman.com
>
>Robert J. Palmersheim
>Anand C. Mathew
>Julie M. Mallen
>PALMERSHEIM & MATHEW
>401 N. FRANKLIN STREET, SUITE 4S
>CHICAGO, IL 60654
>312-319-1791
>acm@thepmlawfirm.com
>rjp@thepmlawfirm.com
>jmm@thepmlawfirm.com
>
>By: /s/ Christopher Kammerer
>    Christopher Kammerer