UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-81261-CIV-DIMITROULEAS

ALL TAG CORP.,

    Plaintiff,

vs.

CHECKPOINT SYSTEMS, INC.,

    Defendant.
_____/

## ORDER GRANTING IN PART MOTION FOR LEAVE TO EXCEED PAGE LIMITS

THIS CAUSE is before the Court upon Plaintiff All-Tag's Expedited Motion for Additional Pages for Statement of Facts for its Opposition to Motions for Summary Judgment (the "Motion") [DE 297], filed herein on October 22, 2019. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Plaintiff requests an additional 20 pages for their Responses to Defendant Checkpoint's Statements of Material Facts, for a total of 30 pages.

Accordingly, it is **ORDERED and ADJUDGED** as that the Motion [DE 297] is hereby **GRANTED IN PART**; Plaintiff may have up to 20 pages total for its Responses to Defendant's Statements of Material Facts [DE 294-1, 292-1].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 23rd day of October, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record