**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

ALL-TAG CORP.,                                    )
                                                  )
            Plaintiff,                            )
                                                  )   Case No. 17 CV 81261-WPD
      v.                                          )
                                                  )   Judge William P. Dimitrouleas
CHECKPOINT SYSTEMS, INC.,                         )   Magistrate Judge William Matthewman
                                                  )
            Defendant.                            )

**ALL-TAG CORP.'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT
ON ALL-TAG CORP.'S SECOND AMENDED COMPLAINT AND
CHECKPOINT'S SECOND AND FIFTH AFFIRMATIVE
<u>DEFENSES AND INCORPORATED MEMORANDUM OF LAW</u>**



# <u>TABLE OF AUTHORITIES</u>

**Page(s)**

**Cases**

*ALPO Petfoods, Inc. v. Ralston Purina Co.*,
  720 F. Supp. 194 (D.D.C. 1989) ........................................................................................19

*AmBrit, Inc. v. Kraft, Inc.*,
  812 F.2d 1531 (11th Cir. 1986) ........................................................................................24

*Anderson v. Liberty Lobby, Inc.*,
  477 U.S. 242 (1986) .............................................................................................................3

*Bailey v. Allgas, Inc.*,
  284 F.3d 1237 (11th Cir. 2002) ...........................................................................................3

*Bonjorno v. Kaiser Aluminum Chem. Corp.*,
  752 F.2d 802 (3d Cir. 1984)...............................................................................................22

*Brown Shoe Co. v. United States*,
  370 U.S. 294 (1952).........................................................................................................4, 6

*Cashmere & Camel Hair Mfrs. Inst. v. Saks Fifth Ave.*,
  284 F.3d 302 (1st Cir. 2002)....................................................................13, 14, 17, 20, 21, 22

*Castrol, Inc. v. Quaker State Corp.*,
  977 F.2d 57 (2d Cir. 1992).................................................................................................17

*Celotex Corp. v. Catrett*,
  477 U.S. 317 (1986).............................................................................................................3

*Clark v. Coats & Clark, Inc.*,
  929 F.2d 604 (11th Cir. 1991) .............................................................................................3

*Denney v. City of Albany*,
  247 F.3d 1172 (11th Cir. 2001) ...........................................................................................3

*Dial Corp. v. News Corp.*,
  165 F. Supp. 3d 25 (S.D.N.Y. 2016)..................................................................................23

*Duty Free Ams., Inc. v. Estée Lauder Cos.*,
  797 F.3d 1248 (11th Cir. 2015) ...........................................................................................7

*General Leaseways, Inc. v National Truck Leasing Ass'n*,
  744 F.2d 588 (7th Cir. 1984) .............................................................................................11

*Groupe SEB United States, Inc. v. Euro-Pro Operating LLC,*
   774 F.3d 192 (3d Cir. 2014)..............................................................................13, 14

*Hickson Corp. v. N. Crossarm Co.,*
   357 F.3d 1256 (11th Cir. 2004) .................................................................................14

*In-N-Out Burgers v. Smashburger Ip Holder LLC,*
   No. SACV 17-1474.....................................................................................................23

*In-N-Out Burgers v. Smashburger Ip Holder LLC,*
   No. SACV 17-1474 JVS(DFMx), 2019 U.S. Dist. LEXIS 62743, at *22 (C.D.
   Cal. Feb. 6, 2019).................................................................................................17, 23

*Johnson & Johnson Vision Care, Inc. v. 1-800 Contacts, Inc.,*
   299 F.3d 1242 (11th Cir. 2002) .........................................................13, 16, 17, 21

*K.M.B. Warehouse Distribs. v. Walker Mfg. Co.,*
   61 F.3d 123 (2d Cir. 1995)..........................................................................................11

*Kodak Co. v. Image Technical Servs., Inc.,*
   504 U.S. 451 (1992)........................................................................................................6

*LePage's Inc. v. 3M,*
   324 F.3d 141 (3d Cir. 2003)...............................................................................22, 23

*Levine v. Cent. Fla. Med. Affiliates,*
   72 F.3d 1538 (11th Cir. 1996) ...................................................................................4

*Lewis v. Philip Morris Inc.,*
   355 F.3d 515 (6th Cir. 2004) ......................................................................................5

*Mann v. Taser Int'l, Inc.,*
   588 F.3d 1291 (11th Cir. 2009) .................................................................................3

*McWane, Inc. v. Fed. Trade Comm'n,*
   783 F.3d 814 (11th Cir. 2015) ..............................................................................8, 11

*Merck Eprova AG v. Gnosis S.p.A.,*
   760 F.3d 247 (2d Cir. 2014).......................................................................................23

*Miranda v. B & B Cash Grocery Store, Inc.,*
   975 F.2d 1518 (11th Cir. 1992) .................................................................................3

*N. Am. Med. Corp. v. Axiom Worldwide, Inc.,*
   522 F.3d 1211 (11th Cir. 2008) ..........................................................................17, 23

*National Society of Professional Engineers v. United States,*
   435 U.S. 679 (1978)........................................................................................................4

*Natsource LLC v. GFI Grp., Inc.*,
    332 F. Supp. 2d 626 (S.D.N.Y. 2004) ................................................................. 12

*NBA v. Motorola, Inc.*,
    105 F.3d 841 (2d Cir. 1997) ................................................................................. 17

*NW Wholesale Stationers v. Pac. Stationery*,
    472 U.S. 284 (1985) .............................................................................................. 6

*Osmose, Inc. v. Viance, LLC*,
    612 F.3d 1298 (11th Cir. 2010) ............................................................... 17, 18, 21

*Parkway Baking Co. v. Freihofer Baking Co.*,
    255 F.2d 641 (3d Cir. 1958) ................................................................................ 22

*Performance Indus., Inc. v. Koos, Inc.*,
    1990 U.S. Dist. LEXIS 14031, 1990 WL 161253 (E.D. Pa. 1990) ........................ 17

*PODS Enterprises, LLC v. U-Haul Int'l, Inc.*,
    126 F. Supp. 3d 1263 (M.D. Fla. 2015) ............................................................... 22

*Porous Media Corp. v. Pall Corp.*,
    110 F.3d 1329 (8th Cir. 1997) ....................................................................... 14, 23

*Suchanek v. Sturm Foods, Inc.*,
    311 F.R.D. 239 (S.D. Ill. 2015) ........................................................................... 14

*Swatch S.A. v. New City Inc.*,
    454 F. Supp. 2d 1245 (S.D. Fla. 2006) ........................................................... 17, 18

*Synygy, Inc. v. ZS Assocs., Inc.*,
    110 F. Supp. 3d 602 (E.D. Pa. 2015) ................................................................... 22

*U-Haul Int'l, Inc. v. Jartran, Inc.*,
    793 F.2d 1034 (9th Cir. 1986) ....................................................................... 14, 15

*U.S. Anchor Mfg., Inc. v. Rule Industries, Inc.*,
    7 F.3d 986 (11th Cir. 1993) ..................................................................... 4, 5, 6, 8

*U.S. v. Dentsply Intern., Inc.*,
    399 F.3d 181 (3d Cir. 2005) ........................................................................... 9, 11

*United States v. Microsoft Corp.*,
    253 F.3d 34 (D.C. Cir. 2001) (*en banc*) (*per curiam*) ................................. 7, 10, 12

*Wichita Clinic, P.A. v. Columbia/HCA Healthcare Corp.*,
    No. 96-1336-JTM, 1997 U.S. Dist. LEXIS 5881 (D. Kan. Apr. 8, 1997) .............. 12

*William H. Morris Co. v. Grp. W, Inc.*,
66 F.3d 255 (9th Cir. 1995) ...................................................................................14

**Statutes**

Lanham Act ......................................................................................... *passim*

Sherman Act .........................................................................................12


**Other Authorities**

Fed R. Civ. P. 56 ...................................................................................3

Local Rule 56.1(a) .................................................................................3

Herbert J. Hovenkamp, *A Primer on Antitrust Damages* 26 (2011) ............................................23



1





4832-6352-0683v.1







4832-6352-0683v.1

























4832-6352-0683v.1





## XIV.  CONCLUSION

For the reasons stated above, the Court should deny Checkpoint's motion for summary judgment.

Dated:  October 25, 2019

Respectfully submitted,

By:  */s/ Christopher Kammerer*
      Christopher Kammerer

Christopher William Kammerer
John F. Mariani
KAMMERER MARIANI PLLC
1601 Forum Place, Suite 500
West Palm Beach, FL 33401
(561)-990-1592
ckammerer@kammerermariani.com
jmariani@kammerermariani.com

William MacLeod (*pro hac vice*)
Julian Solotorovsky (*pro hac vice*)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
(312)-857-7070
jsolotorovsky@kelleydrye.com
wmacleod@kelleydrye.com

Damon Suden (*pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
(212)-808-7800
dsuden@KelleyDrye.com

John B. Williams *(pro hac vice)*
WILLIAMS LOPATTO PLLC
1707 L Street, NW Suite 550

Washington, DC 20036
(202) 296-1611
jbwilliams@williamslopatto.com
*Attorneys for Plaintiff All-Tag Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of October 2019, a true and correct copy of

the foregoing was served upon the following counsel of record for Defendant via CM/ECF:

>Charles Howard Lichtman
>Gavin Gaukroger
>BERGER SINGERMAN
>Las Olas Centre II
>350 E Las Olas Boulevard
>Suite 1000
>Fort Lauderdale, FL 33301
>954-525-9900
>Fax: 523-2872
>clichtman@bergersingerman.com
>ggaukroger@bergersingerman.com
>
>
>Robert J. Palmersheim
>Anand C. Mathew
>Julie M. Mallen
>PALMERSHEIM & MATHEW
>401 N. FRANKLIN STREET, SUITE 4S
>CHICAGO, IL 60654
>312-319-1791
>acm@thepmlawfirm.com
>rjp@thepmlawfirm.com
>jmm@thepmlawfirm.com
>
>By: */s/ Christopher Kammerer*
>     Christopher Kammerer