**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ALL-TAG CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17 CV 81261 |
| | ) |
| CHECKPOINT SYSTEMS, INC., | ) Judge William P. Dimitrouleas |
| | ) |
| Defendant. | ) |

**PLAINTIFF ALL-TAG'S RESPONSE TO DEFENDANT'S STATEMENT OF**
**MATERIAL FACTS AND ITS STATEMENT OF ADDITIONAL MATERIAL FACTS**

Plaintiff All-Tag Corp. (All-Tag), pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, submit the following response (corresponding to Defendant's numbered paragraphs) to Defendant's Statement of Material Facts in Support of its Motion for Summary Judgment on All-Tag Corp's Second Amended Complaint and Checkpoint's Second and Fifth Affirmative Defenses [DE 288].

**I.      RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACTS**





































Dated:  October 25, 2019                    Respectfully submitted,

                                            By: */s/ Christopher Kammerer*
                                                 Christopher Kammerer

                                            Christopher William Kammerer
                                            John F. Mariani
                                            KAMMERER MARIANI PLLC
                                            1601 Forum Place, Suite 500
                                            West Palm Beach, FL 33401
                                            (561)-990-1592
                                            ckammerer@kammerermariani.com
                                            jmariani@kammerermariani.com

                                            William MacLeod (*pro hac vice*)
                                            Julian Solotorovsky (*pro hac vice*)
                                            KELLEY DRYE & WARREN LLP
                                            333 West Wacker Drive
                                            Chicago, IL 60606

(312)-857-7070
jsolotorovsky@kelleydrye.com
wmacleod@kelleydrye.com

Damon Suden (*pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
(212)-808-7800
dsuden@KelleyDrye.com

John B. Williams *(pro hac vice)*
WILLIAMS LOPATTO PLLC
1707 L Street, NW Suite 550
Washington, DC 20036
(202) 296-1611
jbwilliams@williamslopatto.com
*Attorneys for Plaintiff All-Tag Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of October 2019, a true and correct copy of the

foregoing was served upon the following counsel of record for Defendant via CM/ECF:

> Charles Howard Lichtman
> Gavin Gaukroger
> BERGER SINGERMAN
> Las Olas Centre II
> 350 E Las Olas Boulevard
> Suite 1000
> Fort Lauderdale, FL 33301
> 954-525-9900
> Fax: 523-2872
> clichtman@bergersingerman.com
> ggaukroger@bergersingerman.com
>
>
> Robert J. Palmersheim
> Anand C. Mathew
> Julie M. Mallen
> PALMERSHEIM & MATHEW
> 401 N. FRANKLIN STREET, SUITE 4S
> CHICAGO, IL 60654
> 312-319-1791
> acm@thepmlawfirm.com
> rjp@thepmlawfirm.com
> jmm@thepmlawfirm.com
>
> By: /s/ Christopher Kammerer
>       Christopher Kammerer