# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALL-TAG CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17 CV 81261 |
| | ) |
| CHECKPOINT SYSTEMS, INC., | ) Judge William P. Dimitrouleas |
| | ) |
| Defendant. | ) |

**PLAINTIFF/COUNTER-DEFENDANT ALL-TAG'S REPLY TO DEFENDANT/COUNTER-PLAINTIFF CHECKPOINT SYSTEMS, INC.'S RESPONSE TO ALL-TAG'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON CHECKPOINT'S COUNTERCLAIM FOR FALSE ADVERTISING UNDER SECTION 43 OF THE LANHAM ACT**

Plaintiff/Counter-Defendant All-Tag Corp. ("All-Tag"), pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, submits the following reply (corresponding to Defendant/Counter-Plaintiff Checkpoint Systems, Inc. ("Checkpoint")'s numbered paragraphs) to Checkpoint's Response to Statement of Material Facts on All-Tag's Motion for Summary Judgment on Checkpoint's Counterclaim for False Advertising Under Section 43 of the Lanham Act. [DE 311].

**I.    REPLY TO CHECKPOINT'S ADDITIONAL STATEMENTS OF MATERIAL FACTS**

13.    Disputed that ███

14.    Disputed as ███

15.    ███ Disputed as vague that ███

1

16. Disputed that there has been any ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

17. Undisputed that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

18. Undisputed that Mr. Seidel has made the quoted statements, ▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

19. Disputed that All-Tag has ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇

20. Disputed and unsupported by Exhibit K. *See* SOF 24.

21. Disputed that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

22. All-Tag does not dispute Dr. Hunter's statements. Dr. Hunter also states that *Checkpoint's* false advertising ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

23. Undisputed as to the quotations, disputed as to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

24. Disputed. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

25. Undisputed.

26. Disputed as to any suggestion that ███████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████.

27. Disputed that ████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████

28. Undisputed.

29. Disputed that the communication referred to ████████████████████ ████████████████████████████████████████████████████████████ ███

30. Undisputed that Mr. Seidel discussed ██████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████

31. Disputed that the communication referred to ████████████████████ ████████████████████████████████████████████████████████████ ███

32. Disputed that the communication referred to ████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████████████████████ ███████████████████████████████████████████

33. Disputed as to any suggestion that ██████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████

34. Undisputed as to labels ████████████████████████████████████ ████████████████████████████████████████████████████████████ ███████████████████████████████████████████████

35. Undisputed as to ███████████████████████████████
███████████████████████████████████████████████████
█████████████████████████████████████

36. Undisputed as to ███████████████████████████████
███████████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████████████

37. Undisputed as to ███████████████████████████████
███████████████████████████████████████████████████
█████████████████████████████████████████████

38. Undisputed as to ███████████████████████████████
███████████████████████████████████████████████████
██████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████

████████████████████████████████████████
█████████████████████████
██████████████████████████████

39. Undisputed as to labels made ███████████████████████████████████
███████████████████████████████████████████████████████████
█████████████████████████████████████████████████.

40. Disputed as to legal conclusions, and disputed as ████████████████
███████████████████████████████████████████████████████████
██████████████████████████████████████████

41. Undisputed as to labels ████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████

42. Undisputed as to ██████████████████████████████████████████
███████████████████████████████████████████████████████████
██████████████████████████████████████████████

43. Undisputed as to ██████████████████████████████████████████
█████████████████████████████████████████████

Dated: November 1, 2019            Respectfully submitted,

                                   By: /s/ Christopher Kammerer
                                        Christopher Kammerer

                                   Christopher William Kammerer
                                   John F. Mariani
                                   KAMMERER MARIANI PLLC
                                   1601 Forum Place, Suite 500
                                   West Palm Beach, FL 33401
                                   (561)-990-1592
                                   ckammerer@kammerermariani.com
                                   jmariani@kammerermariani.com

                                   William MacLeod (*pro hac vice*)
                                   Julian Solotorovsky (*pro hac vice*)
                                   KELLEY DRYE & WARREN LLP
                                   333 West Wacker Drive
                                   Chicago, IL 60606
                                   (312)-857-7070
                                   jsolotorovsky@kelleydrye.com
                                   wmacleod@kelleydrye.com

        Damon Suden (*pro hac vice*)
        KELLEY DRYE & WARREN LLP
        101 Park Avenue
        New York, NY 10178
        (212)-808-7800
        dsuden@KelleyDrye.com

        John B. Williams *(pro hac vice)*
        WILLIAMS LOPATTO PLLC
        1707 L Street, NW Suite 550
        Washington, DC 20036
        (202) 296-1611
        jbwilliams@williamslopatto.com
        *Attorneys for Plaintiff All-Tag Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of November 2019, a true and correct copy of the foregoing was served upon the following counsel of record for Defendant via CM/ECF:

> Charles Howard Lichtman
> Gavin Gaukroger
> BERGER SINGERMAN
> Las Olas Centre II
> 350 E Las Olas Boulevard
> Suite 1000
> Fort Lauderdale, FL 33301
> 954-525-9900
> Fax: 523-2872
> clichtman@bergersingerman.com
> ggaukroger@bergersingerman.com
>
> Robert J. Palmersheim
> Anand C. Mathew
> Julie M. Mallen
> PALMERSHEIM & MATHEW
> 401 N. FRANKLIN STREET, SUITE 4S
> CHICAGO, IL 60654
> 312-319-1791
> acm@thepmlawfirm.com
> rjp@thepmlawfirm.com
> jmm@thepmlawfirm.com

By: /s/ *Christopher Kammerer*
      Christopher Kammerer