UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 9:17-cv-81261-DIMITROULEAS

ALL TAG CORP.,

                Plaintiff,

vs.

CHECKPOINT SYSTEMS, INC.,

                Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE A CORRECTED RESPONSE**

THIS CAUSE having come before the Court on Plaintiff's Unopposed Expedited Motion to File a Corrected Response to Defendant's Statement of Material Facts in Support of Defendant's Motion for Summary Judgment and for Extension of Checkpoint's Reply [DE 312] ("Motion"). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** that:

1) The Motion [DE 312] is **GRANTED**.

2) All-Tag is given leave to file under seal, in unredacted form, All-Tag's proposed Corrected Response to Checkpoint's statements of material fact regarding Checkpoint's Motion for Summary Judgment on All-Tag's Second Amended Complaint and Checkpoint's Second and Fifth Affirmative Defenses, and the supporting exhibits attached to All-Tag's corrected responses to Checkpoint's statements of material fact.

3) The confidential material shall remain under seal until such time as either (1) plaintiff and defendant agree that the confidential material can be publicly disclosed, or (2) the Court enters an Order requiring the confidential materials to be publicly disclosed.

4) Checkpoint shall file its Reply on or before **November 6, 2019**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of November 2019.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record