### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALL-TAG CORP., | ) |
|     Plaintiff, | ) |
| | ) Case No. 17 CV 81261-WPD |
| v. | ) |
| | ) Judge William P. Dimitrouleas |
| CHECKPOINT SYSTEMS, INC., | ) |
| | ) Magistrate Judge William Matthewman |
|     Defendant. | ) |
| | ) |

### ORDER GRANTING UNOPPOSED MOTIONS TO FILE UNDER SEAL

THIS CAUSE comes before the Court upon Checkpoint Systems, Inc.'s ("Checkpoint") Unopposed Motion for Leave to File Under Seal Checkpoint's (i) Reply in Support of Checkpoint' Motion for Summary Judgment on Counts I and II of Checkpoint's Second Amended Counterclaim, and (ii) Reply in Support Checkpoint's Motion for Summary Judgment on All-Tag's Second Amended Complaint and Checkpoint's Second and Fifth Affirmative Defenses, and supporting exhibits, [DE 313], Checkpoint's Unopposed Motion for Leave to File Under Seal Checkpoint's two *Daubert* motions (i) Checkpoint Systems, Inc.'s Motion To Exclude The Expert Testimony of Patrick O'Leary And Incorporated Memorandum Of Law and (ii) Checkpoint Systems, Inc.'s Motion To Exclude The Expert Testimony of Dr. Graeme Hunter And Incorporated Memorandum Of Law [DE 320] ("Motions"). The Court has carefully considered the Motions, noting that they are unopposed, and is otherwise fully advised in the premises.

It is **ORDERED AND ADJUDGED** as follows:

1.    The Motions [DE 313, 320] are **GRANTED**.

2.    Checkpoint is given leave (i) to file its Reply in Support of Checkpoint' Motion for Summary Judgment on Counts I and II of Checkpoint's Second Amended Counterclaim [DE 314] and supporting exhibits in unredacted format under seal and (ii) to file its Reply in Support Checkpoint's Motion for Summary Judgment on All-Tag's Second Amended Complaint and Checkpoint's Second and Fifth Affirmative Defenses [DE 323] and supporting exhibits in unredacted format under seal.

3.    Checkpoint is given leave to file unredacted versions of (i) Checkpoint Systems, Inc.'s Motion To Exclude The Expert Testimony of Patrick O'Leary And Incorporated

Memorandum Of Law [DE 321], and (ii) Checkpoint Systems, Inc.'s Motion To Exclude The Expert Testimony of Dr. Graeme Hunter And Incorporated Memorandum Of Law [DE 322], and supporting exhibits under seal.

4. The above material shall remain under seal until such time as either (1) Checkpoint and All-Tag agree that the confidential material can be publicly disclosed; or (2) the Court enters an Order requiring the confidential material to be publicly disclosed.

**DONE AND ORDERED** in chambers, at Fort Lauderdale, Broward County, Florida, this 7th day of November, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
All counsel of record