UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-81261-CIV-DIMITROULEAS

ALL-TAG CORP.,

                 Plaintiff,

      v.

CHECKPOINT SYSTEMS, INC.,

                 Defendant.

_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court on the Parties' notice of settlement on at the hearing held on December 16, 2019.  The Court has considered the Parties' notice and is otherwise fully advised in the premises.

Accordingly, it is hereby ORDERED AND ADJUDGED:

1. The Parties shall file a stipulation of dismissal on or before **December 27, 2019.**

2. In the event that a stipulation of dismissal is not timely filed, the Parties shall file their Pretrial Stipulation, Motions in Limine, and Proposed Jury Instructions on or before **December 30, 2019**, with Responses to Motions in Limine to be filed on or before **January 2, 2020 at 12:00 pm**.

3. Defendant's Motion for Judgment on the Pleadings on Count I and Count II of Checkpoint's Second Amended Counterclaim [DE 207], Defendant's Motion for Summary Judgment on Counts I and II of Checkpoint's Second Amended Counterclaim [DE 283], Plaintiff's Motion for Summary Judgment on Checkpoint's Counterclaim for False Advertising Under Section 43 of the Lanham Act [DE 285],

Defendant's Motion for Summary Judgement on All-Tag Corp.'s Second Amended

Complaint and Checkpoint's Second and Fifth Affirmative Defenses [DE 287],

Defendant's Motion to Exclude the Expert Testimony Dr. Graeme Hunter [DE 322],

Defendant's Motion to Exclude Patrick O'Leary's Expert Testimony [DE 321] are

**DENIED WITHOUT PREJUDICE**.

4. The motion hearing previously scheduled for December 19, 2019 at 9:00 a.m. [DE

355] is **CANCELLED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

16th day of December, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record