UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 9:17-cv-81261-DIMITROULEAS

ALL-TAG CORP.,

                Plaintiff,

vs.

CHECKPOINT SYSTEMS, INC.,

                Defendant.
_____/

**JOINT MOTION TO RETAIN JURISDICTION TO ENFORCE
SETTLEMENT AGREEMENT AND FOR DISMISSAL WITH PREJUDICE**

Plaintiff All-Tag Corporation ("All-Tag") and Defendant Checkpoint Systems, Inc. ("Checkpoint")(collectively, the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(2), file this motion for the Court to retain jurisdiction of this case to enforce the Parties' settlement agreement dated December 20, 2019 and for the dismissal of all claims and counterclaims filed in this action, with prejudice.

The parties condition the effectiveness of this joint and mutual request for dismissal on the Court issuing an order retaining jurisdiction to enforce the Parties' settlement agreement dated December 20, 2019 before the Court dismisses the case with prejudice. *See Kokkonen v. Guardian Life Ins. of Am.*, 511 U.S. 375, 114 S. Ct. 1673 (1994); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

WHEREFORE, the Parties, through their respective counsel, request that this Court enter an order retaining jurisdiction over this action to enforce the Parties' settlement agreement dated December 20, 2019 and to enter an order dismissing the action with prejudice.

27525298.1

Dated: December 23, 2019

/s/ Christopher Kammerer_____
*One of the attorneys for Plaintiff*
*All-Tag Corp.*

KELLEY, DRYE & WARREN LLP
William A. MacLeod
3050 K Street NW, Suite 400
Washington, DC 20007
202-342-8811
wmacleod@kelleydrye.com
Damon W. Suden
101 Park Avenue
New York, NY 10178
212-808-7528
dsuden@kelleydrye.com

WILLIAMS LOPATTO PLLC
John B. Williams
1707 L Street NW, Suite 550
Washington, DC 20036
202-296-1611
jbwilliams@williamslopatto.com

KAMMERER MARIANI PLLC
John F. Mariani
Christopher Kammerer
1601 Forum Place Suite 500
West Palm Beach, Florida 33401
jmariani@kammerermariani.com
ckammerer@kammerermariani.com

Respectfully submitted,

/s/ Gavin C. Gaukroger_____
*One of the attorneys for Defendant*
*Checkpoint Systems, Inc.*

BERGER SINGERMAN LLP
Gavin C. Gaukroger
350 East Las Olas Boulevard,
Suite 1000
Fort Lauderdale, Florida 33301
954-525-9900
ggaukroger@bergersingerman.com

PALMERSHEIM & MATHEW LLP
Robert J. Palmersheim
Anand C. Mathew
401 N. Franklin Street, Suite 4S
Chicago, Illinois 60654
312-319-1791
rjp@thepmlawfirm.com
acm@thepmlawfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of December 2019, a true and correct copy of the foregoing was served upon the following counsel of record for Defendant via CM/ECF:

>Charles Howard Lichtman
Gavin Gaukroger
Jeffrey S. Wertman
BERGER SINGERMAN
Las Olas Centre II
350 E Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301
954-525-9900
Fax: 523-2872
clichtman@bergersingerman.com
ggaukroger@bergersingerman.com
jwertman@bergersingerman.com
drt@bergersingerman.com

>Robert J. Palmersheim
Anand C. Mathew
Julie M. Mallen
PALMERSHEIM & MATHEW
401 N. FRANKLIN STREET, SUITE 4S
CHICAGO, IL 60654
312-319-1791
rjp@thepmlawfirm.com
acm@thepmlawfirm.com
jmm@thepmlawfirm.com

>By: */s/ Christopher Kammerer*
  Christopher Kammerer