UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 9:17-cv-81261-DIMITROULEAS

ALL TAG CORP.,

        Plaintiff,

vs.

CHECKPOINT SYSTEMS, INC.,

        Defendant.
_____/

## ORDER GRANTING MOTION TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AND FOR DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on the Parties' Joint Motion to Retain Jurisdiction to Enforce Settlement Agreement and for Dismissal with Prejudice [DE 360], filed on December 23, 2019. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

It is hereby, **ORDERED AND ADJUDGED** that:

1. The Motion [DE 360] is **GRANTED**.

2. The Court retains jurisdiction over this action to enforce the terms of the Parties' settlement agreement.

3. Having retained jurisdiction to enforce the Parties' settlement agreement, the Court orders that this action is **DISMISSED WITH PREJUDICE**, without attorney's fees, costs, or disbursements to any party.

4. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 26th day of December 2019.

*[signature: William P. Dimitrouleas]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record